UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EMILY FORSYTHE<br><br>            Plaintiff,<br><br>v.<br><br>WAYFAIR, LLC<br>            Defendant. | Civil Action No. 1:20-cv-10002 |

## AFFIDAVIT OF LYNN KAPPELMAN

I, Lynn Kappelman, under penalty, do hereby depose and state as follows:

1. I am over 18 years of age and I understand the obligation of an oath. I am an attorney with the law firm of Seyfarth Shaw LLP, the firm retained by Defendant to represent it in this matter. I submit this affidavit in support of Defendant's Statement of Undisputed Facts in Support of its Motion for Summary Judgment.

2. Annexed as Exhibit 1 of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of excerpts of the Deposition of Emily Forsythe.

3. Annexed as Exhibit 2 of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of excerpts of the Deposition of Michael McDole.

4. Annexed as Exhibit 3 of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of excerpts of the Deposition of Matthew Witte.

5. Annexed as Exhibit 4 of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of excerpts of the Deposition of Kory McKnight.

6. Annexed as <u>Exhibit 5</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of excerpts of the Deposition of Trevor Shaffer-Figueroa.

7. Annexed as <u>Exhibit 6</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of excerpts of the Deposition of Candice Smith.

8. Annexed as <u>Exhibit 7</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of excerpts of the Deposition of Brittaney Skaggs.

9. Annexed as <u>Exhibit 8</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of excerpts of the Deposition of Jim Lowe.

10. Annexed as <u>Exhibit 9</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 2 of the Deposition of Emily Forsythe.

11. Annexed as <u>Exhibit 10</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 4 of the Deposition of Emily Forsythe.

12. Annexed as <u>Exhibit 11</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 5 of the Deposition of Emily Forsythe.

13. Annexed as <u>Exhibit 12</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 6 of the Deposition of Emily Forsythe.

14. Annexed as <u>Exhibit 13</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 8 of the Deposition of Emily Forsythe.

15. Annexed as <u>Exhibit 14</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 9 of the Deposition of Emily Forsythe.

16. Annexed as <u>Exhibit 15</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 12 of the Deposition of Emily Forsythe.

17. Annexed as <u>Exhibit 16</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 13 of the Deposition of Emily Forsythe.

18. Annexed as <u>Exhibit 17</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 14 of the Deposition of Emily Forsythe.

19. Annexed as <u>Exhibit 18</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 15 of the Deposition of Emily Forsythe.

20. Annexed as <u>Exhibit 19</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 16 of the Deposition of Emily Forsythe.

21. Annexed as <u>Exhibit 20</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 17 of the Deposition of Emily Forsythe.

22. Annexed as <u>Exhibit 21</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 18 of the Deposition of Emily Forsythe.

23. Annexed as <u>Exhibit 22</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 19 of the Deposition of Emily Forsythe.

24. Annexed as <u>Exhibit 23</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 20 of the Deposition of Emily Forsythe.

25. Annexed as <u>Exhibit 24</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 21 of the Deposition of Emily Forsythe.

26. Annexed as <u>Exhibit 25</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 22 of the Deposition of Emily Forsythe.

27. Annexed as <u>Exhibit 26</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 23 of the Deposition of Emily Forsythe.

28. Annexed as <u>Exhibit 27</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 1 of the Deposition of Matthew Witte.

29. Annexed as <u>Exhibit 28</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 2 of the Deposition of Matthew Witte.

30. Annexed as <u>Exhibit 29</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 4 of the Deposition of Matthew Witte.

31. Annexed as <u>Exhibit 30</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 5 of the Deposition of Matthew Witte.

32. Annexed as <u>Exhibit 31</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 8 of the Deposition of Matthew Witte.

33. Annexed as <u>Exhibit 32</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 1 of the Deposition of Kory McKnight.

34. Annexed as <u>Exhibit 33</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 2 of the Deposition of Kory McKnight.

35. Annexed as <u>Exhibit 34</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 3 of the Deposition of Trevor Shaffer-Figueroa.

36. Annexed as <u>Exhibit 35</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Exhibit 9 of the Deposition of Trevor Shaffer-Figueroa.

37. Annexed as <u>Exhibit 36</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of WAYFAIR_000079. This file was produced as an Excel spreadsheet. In order to be able to e-file the document and have it be readable by the Court, we have converted the Excel spreadsheet to a PDF and added page numbers for ease of reference for the Court.

38. Annexed as <u>Exhibit 37</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of a magnified version of Shaffer-Figueroa's notes of interview with Brittaney Skaggs (excerpted from WAYFAIR_000079) for ease of reading by the Court.

39. Annexed as <u>Exhibit 38</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of a magnified version of Shaffer-Figueroa's notes of interview with Jim Lowe (excerpted from WAYFAIR_000079) for ease of reading by the Court.

40. Annexed as <u>Exhibit 39</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of a magnified version of Shaffer-Figueroa's notes of interview with Michael McDole (excerpted from WAYFAIR_000079) for ease of reading by the Court.

41. Annexed as <u>Exhibit 40</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of a magnified version of Shaffer-Figueroa's notes of interview

with Stella Karadimas (excerpted from WAYFAIR_000079) for ease of reading by the Court.

42. Annexed as <u>Exhibit 41</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of a magnified version of Shaffer-Figueroa's notes of interview with Kory McKnight (excerpted from WAYFAIR_000079) for ease of reading by the Court.

43. Annexed as <u>Exhibit 42</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of WAYFAIR_000215.

44. Annexed as <u>Exhibit 43</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of WAYFAIR_000408.

45. Annexed as <u>Exhibit 44</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of WAYFAIR_000526-27.

46. Annexed as <u>Exhibit 45</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of WAYFAIR_001271-72.

47. Annexed as <u>Exhibit 46</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of WAYFAIR_001301.

48. Annexed as <u>Exhibit 47</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of WAYFAIR_001318.

49. Annexed as <u>Exhibit 48</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of WAYFAIR_001364.

50. Annexed as <u>Exhibit 49</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of WAYFAIR_001369-72.

51. Annexed as <u>Exhibit 50</u> of the Appendix to Defendant's Statement of Undisputed Facts is a true and correct copy of Plaintiff's Response to Request for Admission No. 1. (PLAINTIFF_000084 was produced by Plaintiff as an audio file, so Defendant is filing the transcript of the audio file and the Response to Defendant's Request for Admission that affirms that it is an accurate transcript.)

Signed under the pains and penalties of perjury this 6th day of November 2020.

<u>/s/ Lynn A. Kappelman</u>

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2020, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                 */s/ Lynn A. Kappelman*
                                                 Lynn A. Kappelman