UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )| |
|---|---|---|
| EMILY FORSYTHE | ) | |
| | ) | Civil Action No. 1:20-cv-10002 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAYFAIR, LLC | ) | |
| Defendant. | ) | |
| | ) | |

**APPENDIX TO DEFENDANT'S STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Document |
|---|---|
| 1 | Excerpts of Deposition of Emily Forsythe |
| 2 | Excerpts of Deposition of Michael McDole |
| 3 | Excerpts of Deposition of Matthew Witte |
| 4 | Excerpts of Deposition of Kory McKnight |
| 5 | Excerpts of Deposition of Trevor Shaffer-Figueroa |
| 6 | Excerpts of Deposition of Candice Smith |
| 7 | Excerpts of Deposition of Brittaney Skaggs |
| 8 | Excerpts of Deposition of Jim Lowe |
| 9 | Forsythe Dep. Ex. 2 |
| 10 | Forsythe Dep. Ex. 4 |
| 11 | Forsythe Dep. Ex. 5 |
| 12 | Forsythe Dep. Ex. 6 |
| 13 | Forsythe Dep. Ex. 8 |
| 14 | Forsythe Dep. Ex. 9 |
| 15 | Forsythe Dep. Ex. 12 |
| 16 | Forsythe Dep. Ex. 13 |
| 17 | Forsythe Dep. Ex. 14 |
| 18 | Forsythe Dep. Ex. 15 |
| 19 | Forsythe Dep. Ex. 16 |
| 20 | Forsythe Dep. Ex. 17 |
| 21 | Forsythe Dep. Ex. 18 |
| 22 | Forsythe Dep. Ex. 19 |
| 23 | Forsythe Dep. Ex. 20 |
| 24 | Forsythe Dep. Ex. 21 |
| 25 | Forsythe Dep. Ex. 22 |

| 26 | Forsythe Dep. Ex. 23 |
|---|---|
| 27 | Witte Dep. Ex. 1 |
| 28 | Witte Dep. Ex. 2 |
| 29 | Witte Dep. Ex. 4 |
| 30 | Witte Dep. Ex. 5 |
| 31 | Witte Dep. Ex. 8 |
| 32 | McKnight Dep. Ex. 1 |
| 33 | McKnight Dep. Ex. 2 |
| 34 | Shaffer Dep. Ex. 2 |
| 35 | Shaffer Dep. Ex. 3 |
| 36 | Bates No. WAYFAIR_000079 |
| 37 | Magnified version of Shaffer-Figueroa's notes of interview with Brittaney Skaggs |
| 38 | Magnified version of Shaffer-Figueroa's notes of interview with Jim Lowe |
| 39 | Magnified version of Shaffer-Figueroa's notes of interview with Michael McDole |
| 40 | Magnified version of Shaffer-Figueroa's notes of interview with Stella Karadimas |
| 41 | Magnified version of Shaffer-Figueroa's notes of interview with Kory McKnight |
| 42 | Bates No. WAYFAIR_000215 |
| 43 | Bates No. WAYFAIR_000408 |
| 44 | Bates No. WAYFAIR_000526-27 |
| 45 | Bates No. WAYFAIR_001271-72 |
| 46 | Bates No. WAYFAIR_001301 |
| 47 | Bates No. WAYFAIR_001318 |
| 48 | Bates No. WAYFAIR_001364 |
| 49 | Bates No. WAYFAIR_001369-72 |
| 50 | Plaintiff's Response to Request for Admission No. 1 |

66562418v.1