# Exhibit 9

Message

**From:** Emily Forsythe [eforsythe@wayfair.com]
**Sent:** 7/17/2018 7:55:18 PM
**To:** Molly Ahadpour [mahadpour@wayfair.com]
**Subject:** RE: Mike McDole

I hear you!
He just wants the base. I think its too much of a mental drop to go from 150k to 116k. I know I would never take that.
His comp right now is as follows:
Base 150
Equity 0
Bonus ??

Thanks,
Emily

---

**From:** Molly Ahadpour
**Sent:** Tuesday, July 17, 2018 3:48 PM
**To:** Emily Forsythe <eforsythe@wayfair.com>; Anna Doumas <mdoumas@wayfair.com>
**Cc:** Kelsey Lundstrom <klundstrom@wayfair.com>
**Subject:** RE: Mike McDole

And $50K more isn't compelling? ☺

Does he get a bonus, or additional comp?

This feels VERY Aggressive

---

**From:** Emily Forsythe
**Sent:** Tuesday, July 17, 2018 1:58 PM
**To:** Molly Ahadpour <mahadpour@wayfair.com>; Anna Doumas <mdoumas@wayfair.com>
**Cc:** Kelsey Lundstrom <klundstrom@wayfair.com>
**Subject:** RE: Mike McDole

Hi,
I know his base is around 150k right now. I worked with him at Amazon and he has been very voluntarily transparent with what he needs to move. We recruited him and he will need a compelling offer to leave where is he. Hope that helps and appreciate the effort to get him on the team.
Emily

---

**From:** Molly Ahadpour
**Sent:** Tuesday, July 17, 2018 1:42 PM
**To:** Anna Doumas <mdoumas@wayfair.com>; Emily Forsythe <eforsythe@wayfair.com>
**Cc:** Kelsey Lundstrom <klundstrom@wayfair.com>
**Subject:** RE: Mike McDole

Hello,

I'm concerned that we don't have enough details about his expectations, and could be coming in at 200K and he currently is making $125 and we're over inflating what he needs to make.

**EXHIBIT 2**

Emily/Anna, do you have any idea what is expectations.

Thanks!

---

**From:** Anna Doumas
**Sent:** Tuesday, July 17, 2018 12:25 PM
**To:** Emily Forsythe <eforsythe@wayfair.com>; Molly Ahadpour <mahadpour@wayfair.com>
**Cc:** Kelsey Lundstrom <klundstrom@wayfair.com>
**Subject:** RE: Mike McDole

Hi Emily,

This would be my suggestion:

Lancaster, TX (this is the all in compensation with the max base/minimum shares for this location)

| 100% of Bonus + equity at today's price | | |
|---|---:|---:|
| | | # of units |
| Base | $118,585 | |
| Bonus (annual) | $17,788 | |
| Equity (4-year vest) | $258,300 | 2100 |
| | | |
| Year 1 Cash | $136,373 | |
| Year 1 equity | $64,575 | 525 |
| Year 1 Cash + Vested Equity | $200,948 | |

Emily, just want to remind you that employees are only eligible for a merit increase in their review cycle following their one year anniversary, if we to bring him in at max base there would be no room to give him a merit increase, without moving up in leveling. Is this someone you can see moving into an L5 role within that time period or compared to your other employees is he above the caliber to warrant such a high offer?

We can discuss the potential option for a joining bonus in order to bridge the gap for his base salary, although this would be a onetime pay out for his first year compensation. Plan to talk to Mike this afternoon to discuss what he would be looking for from a monetary standpoint in order to relocate from RI to TX. Once I have this information it will be a little bit easier to figure out where we would need to come in from a bonus standpoint.

@Molly Ahadpour is it possible for us to discuss putting a joining bonus together for him to bridge the gap for base salary and also discuss having a separate sign on bonus for him since he would be relocating?

ANNA MURPHY
Talent Aquisition Specialist

WAYFAIR
Wayfair LLC - Corporate Headquarters
4 Copley Place - Floor 7
Boston, MA 02116
United States
P 857-315-0326
X2120326

mdoumas@wayfair.com



Joss&Main   ALLMODERN   BIRCH LANE

PERIGOLD   ◆wayfair PROFESSIONAL

Follow Us @wayfairatwork


---

**From:** Emily Forsythe
**Sent:** Tuesday, July 17, 2018 11:52 AM
**To:** Anna Doumas <mdoumas@wayfair.com>
**Cc:** Molly Ahadpour <mahadpour@wayfair.com>; Kelsey Lundstrom <klundstrom@wayfair.com>
**Subject:** Re: Mike McDole

Thank you for this. I think the location piece was missing for me. How do we get him at 125 base? He won't take the offer for a lower base than that? Is there a signing bonus option?

On Jul 17, 2018, at 11:48 AM, Anna Doumas <mdoumas@wayfair.com> wrote:

The comp does vary based on geographic location, if we were to hire Mike into Boston this is what he comp would look like:

- 120,000 base
- 2,1000 RSUs
- 15% Bonus
- All in: 202,575

I know in previous conversations this hire would need to be based out of a Distribution building though, so we would either need to hire him out of one of those locations (Hebron or Lancaster) of have him work in Boston not in a building. We could not hire him here and then have him work out of one of those buildings

@Molly Ahadpour I am not aware of how our MBA programs work, if you are able to shed some light on this for Emily that would be awesome

---

ANNA MURPHY
Talent Aquisition Specialist

WAYFAIR
Wayfair LLC - Corporate Headquarters
4 Copley Place - Floor 7
Boston, MA 02116
United States
P 857-315-0326
X2120326

mdoumas@wayfair.com



Joss&Main   ALLMODERN   BIRCH LANE

PERIGOLD   ◆wayfair PROFESSIONAL

Confidential                                                                 WAYFAIR_000130

Follow Us @wayfairatwork
 

**From:** Emily Forsythe
**Sent:** Tuesday, July 17, 2018 11:31 AM
**To:** Anna Doumas <mdoumas@wayfair.com>
**Cc:** Molly Ahadpour <mahadpour@wayfair.com>; Kelsey Lundstrom <klundstrom@wayfair.com>
**Subject:** Re: Mike McDole

Thanks for this Anna. Can someone help clarify why an MBA 4 years out with 2 masters degrees would have a base salary lower than what we are offering 2018 MBAs? I also just offered another L4 120k without any masters degrees. Is the variance caused by location? If I have him work out of Boston, can we get him to the 125k base?
Emily

On Jul 17, 2018, at 11:25 AM, Anna Doumas <mdoumas@wayfair.com> wrote:

Hi Emily,

The below in this email chain would be our standard offers for both locations.  I understand he would not make the move for less than 125K base. The below offer is what we could put together for a **max base offer for both locations**

Hebron:
- 115,634 base
- 1,400 RSUs
- 15% Bonus
- All in:  175,679

Lancaster:
- 118,585 base
- 1,400 RSUs
- 15% Bonus
- All in: 179,073

**You can see that his all in would be lower if we gave max base and minimum equity standard procedure here. It will depend what is more important to him base or equity if he was going to make a move

Due to new laws we cannot ask compensation breakdown until an offer is made so I can't gather that until then. We will need to agree on an offer to extend him first.

As for relocation we can put together an amount here as well. It would depend on if he is single or has a family. It would be anywhere between 8-10K pending on approval from Molly.

@Molly Ahadpour I am looping you in now to this as we may be looking to put together a non-standard offer for this candidate along with relocation.

Thank you!

**ANNA MURPHY**
Talent Aquisition Specialist

**WAYFAIR**
Wayfair LLC – Corporate Headquarters
4 Copley Place – Floor 7
Boston, MA 02116
United States
P 857-315-0326
X2120326

mdoumas@wayfair.com



Joss&Main   ALLMODERN   BIRCH LANE

PERIGOLD   wayfair PROFESSIONAL

Follow Us @wayfairatwork
 

---

**From:** Emily Forsythe
**Sent:** Tuesday, July 17, 2018 11:05 AM
**To:** Anna Doumas <mdoumas@wayfair.com>
**Subject:** Re: Mike McDole

Mike won't take less than 125k. How high can we go for RSUs?

On Jul 17, 2018, at 11:02 AM, Anna Doumas <mdoumas@wayfair.com> wrote:

Hi Emily,

I was able to get further clarification from Org Design as well as my manager.

The bands that you have are not in line with what we would pay for an L4 Senior IE from all of the information I have gathered.

My recommendation for an offer would be:

Hebron:
- 106,739 base
- 2,100 RSUs
- 15% Bonus
- All in that would be: 186,800

Lancaster:
- 109,463 base
- 2,100 RSUs
- 15% Bonus
- All in that would be: 189,932

Thank you!
Anna

Confidential

**ANNA MURPHY**
Talent Aquisition Specialist

**WAYFAIR**
Wayfair LLC - Corporate Headquarters
4 Copley Place - Floor 7
Boston, MA 02116
United States
P 857-315-0326
X2120326

mdoumas@wayfair.com



Joss&Main    ALLMODERN    BIRCH LANE

PERIGOLD    wayfair PROFESSIONAL

Follow Us @wayfairatwork
 

---

**From:** Emily Forsythe
**Sent:** Tuesday, July 17, 2018 10:52 AM
**To:** Anna Doumas <mdoumas@wayfair.com>
**Subject:** Re: Mike McDole

Hi
Any updates on comp bands for Mike?
Emily

On Jul 16, 2018, at 10:11 AM, Anna Doumas <mdoumas@wayfair.com> wrote:

Hi Emily,

What location would we be considering Mike for? I know he is in RI right now but not sure where he would be looking to make the move to for one of our Distribution buildings?

When we were talking this morning he mentioned he is from the Dallas area and know we're opening up Lancaster.. I am just trying to put together some comp information for him and that can vary depending geographically where they are

Thanks!
Anna

**ANNA MURPHY**
Talent Aquisition Specialist

**WAYFAIR**
Wayfair LLC - Corporate Headquarters
4 Copley Place - Floor 7
Boston, MA 02116
United States
P 857-315-0326
X2120326

mdoumas@wayfair.com



Confidential
WAYFAIR_000133

Joss&Main    ALLMODERN    BIRCH LANE

PERIGOLD    wayfair PROFESSIONAL

Follow Us @wayfairatwork
f ⓘ 🐦

Confidential                                                      WAYFAIR_000134