# Exhibit 10

Message

| | |
|---|---|
| **From**: | Emily Forsythe [eforsythe@wayfair.com] |
| **Sent**: | 3/26/2019 2:59:58 PM |
| **To**: | Emily Forsythe [eforsythe@wayfair.com]; Michael McDole [mmcdole@wayfair.com] |
| **Subject**: | Conversation with Emily Forsythe |

Emily Forsythe 9:31 AM:
  hi

Emily Forsythe 9:31 AM:
  for the new site trackier

Emily Forsythe 9:31 AM:
  tracker

Emily Forsythe 9:31 AM:
  can i just insert lines

Emily Forsythe 9:43 AM:
  mike

Emily Forsythe 9:43 AM:
  hi

Michael McDole 9:43 AM:
  Morning.  Sorry, just walked back in

Emily Forsythe 9:44 AM:
  i have to make some additions to the task sheet but want it to be picked up in the process scorecard

Emily Forsythe 9:44 AM:
  just add the line right

Michael McDole 9:45 AM:
  it's based on the category

Michael McDole 9:45 AM:
  so if you add line, then just assign a category

Michael McDole 9:45 AM:
  uhh...   a category that already exists...   if it's an entirely new category, just have to add that to the Scorecard formulas

Emily Forsythe 9:47 AM:
  copy

Emily Forsythe 9:47 AM:
  youre the best

Michael McDole 9:47 AM:
  ha.  ok.

EXHIBIT 4

WAYFAIR_000230