# Exhibit 11

**Message**

| | |
|---|---|
| **From**: | Emily Forsythe [eforsythe@wayfair.com] |
| **Sent**: | 1/10/2019 7:25:07 PM |
| **To**: | Emily Forsythe [eforsythe@wayfair.com]; Michael McDole [mmcdole@wayfair.com] |
| **Subject**: | New Site Guide - Working Session |

Emily Forsythe 10:02 AM:
  hi is anyone on the call?

Emily Forsythe 10:02 AM:
  I cant get in

Emily Forsythe 10:03 AM:
  OH MY GOSH nevermind

Emily Forsythe 10:03 AM:
  im way early

Emily Forsythe 10:33 AM:
  hi are you on this call/

Emily Forsythe 10:36 AM:
  we cant hear you

Emily Forsythe 11:17 AM:
  were you late because you were interviewing?

Michael McDole 11:17 AM:
  yes

Emily Forsythe 11:18 AM:
  DONT LEAVEEEEEEEEEE

Michael McDole 11:19 AM:
  went well

Michael McDole 11:20 AM:
  told Genaro i'd settle for an L4 lat move

EXHIBIT 5

WAYFAIR_000177