# Exhibit 12

**Message**

**From:** Michael McDole [mmcdole@wayfair.com]
**Sent:** 4/19/2019 12:12:21 AM
**To:** Emily Forsythe [eforsythe@wayfair.com]
**Subject:** Re: Meeting with HR
**Attachments:** image001.png

Emily -

Completely understand.  I will preliminary reach out to members of the HR Team tomorrow to see if it's possible to arrange a meeting.

Thank you.

Regards,
Michael McDole

---

**From:** Emily Forsythe
**Sent:** Thursday, April 18, 2019 5:09:41 PM
**To:** Michael McDole
**Subject:** RE: Meeting with HR

Hi Mike,

Sorry I missed your call. Won't be able to talk tomorrow. I will reach out next week.

Have a good weekend,

Emily

---

**From:** Michael McDole
**Sent:** Thursday, April 18, 2019 5:32 PM
**To:** Emily Forsythe <eforsythe@wayfair.com>
**Subject:** Meeting with HR

Emily –

Tried to call you back.  I'm following up with you on your suggestion to have a conversation with HR, Genaro, Matt, you and me.

I fully support setting something up, I think it's absolutely necessary.  Let me know.

Thank you.

Regards,



EXHIBIT 6

WAYFAIR_000239

MICHAEL MCDOLE
Sr. Operations Manager

WAYFAIR LLC
CA5 - Lathrop Warehouse
5120 Glacier St.
Lathrop, CA 95330
M: (214) 789-3718
mmcdole@wayfair.com

WAYFAIR_000240