**Exhibit 13**

# Exhibit 13

Message

| | |
|---|---|
| **From:** | Emily Forsythe [eforsythe@wayfair.com] |
| **Sent:** | 8/15/2019 2:54:28 PM |
| **To:** | Matt Witte [mawitte@wayfair.com] |
| **Subject:** | Re: Bulk Rack Inspection for Perris 2 |

He is good in person. Just via email he has an edge. He is relentless even though we have provided answers or given timelines.

On Thu, Aug 15, 2019 at 9:34 AM Matt Witte <mawitte@wayfair.com> wrote:
Hey,

Is he bullying you in person, or just feel it over the emails?

Thanks!
Matt

On Aug 14, 2019, at 3:32 PM, Emily Forsythe <eforsythe@wayfair.com> wrote:

Hi Matt,

Please dont share this with anyone or forward it to anyone.

I am going to be in Perris next week starting a new hire. Was wondering if you had a chance to talk to Mike about his professionalism and cooling his aggression in emails? I am also attaching a summary of correspondence between me and Mike.

Thanks,

Emily

---------- Forwarded message ---------
From: **Emily Forsythe** <eforsythe@wayfair.com>
Date: Sun, Aug 4, 2019 at 6:03 PM
Subject: Re: Bulk Rack Inspection for Perris 2
To: Matt Witte <mawitte@wayfair.com>

Matt,

Is there anything you can do on this to calm him down?
We have responded to him that the racking is only 50% done.   Jim is doing a great job keeping Mike in the loop.
Mike needs to relax.

Did you get a chance to talk to him a few weeks ago about working through Jim and not pushing/bullying?

Emily

On Sun, Aug 4, 2019 at 1:36 AM Michael McDole <mmcdole@wayfair.com> wrote:
PMO Team -



WAYFAIR_000425

Does anyone have detail on the Date of Inspection for the new Bulk Rack?  I've asked a few times and have yet to get an answer on this.  I believe it was originally scheduled for July 26th, but has not yet happened.

May I please get an update so that I can plan accordingly?

- Bin Locations Created - Complete
- Product Staged for Putaway - Complete
- Drivers Trained - Complete
- Inspection Performed - **Unknown**

Regards,


MICHAEL MCDOLE
Site Director

WAYFAIR LLC
CA3 - Perris 2
3300 Indian Ave
Perris, CA 92571
M: (214) 789-3718
mmcdole@wayfair.com




<MM Notes Doc.docx>

WAYFAIR_000426