Exhibit 14

# Exhibit 14

9/15/18
1x1
Asked Mike to take on New Site launch and Standardization guide – 5S guide

10/18/18
Email
His Lessons Learned email, he said it was annoying for him to take stuff on midway regarding projects

10/25/18
1x1
Asked him again to send out the 5S since he hadn't done anything with it
He said he won't do the 5S until he has his other projects done
He told me he wasn't overwhelmed but just didn't want to focus on that
Asked him to start to mentor Alec/Kelly and bring them along as he was PMing KY projects so they could learn from him – he never did this

11/8/18
1x1
Had his 90 Day review – 60 Days
Mike told me he is very frustrated with his projects and nothing is going well
Mike extended his stay in Hebron

11/15/18
1x1
Mike still not updating the project tracker
He still won't hold the new site launch review meetings I had asked him to have since 9/15
Mike pushing back again my asks for project planning
Told me he had plenty of bandwidth – but just didn't make the things I asked him to do a priority

11/15/18
Email
Send Mike another email about how he is not updating tasks in the task tracker

11/24/18
Email
Went back and forth about rug unloader in Lancaster and had asked him to drive getting a new design for rug receiving done – project never completed

11/26/18
1x1



EXHIBIT
9

Confidential

Mike was focused on learning Lancaster and diving into operations not the projects I tasked him with and that's why he said he was behind on other pm work. Said he could finally start working on the 5S standardization I had asked him to do in 9/15

90 DAY

- Thank you for getting your project done and going above and beyond to get stuff done
- Building relationships with the integrator teams going well
- Really great at diving in and helping Ops
- Like how you get the most out of the integrator time on site – liked the wish list
- Very thorough and only publish out completed work
- Can tell you care about what you have assigned to you
- Crushed getting the most challenging projects done
- Hyperfocused – good and bad
- We need to get you help for next year
- I need you to be more flexible – you have an ultimatum attitudes
- More of a team player
- Mentorship and development
- Write off others

During his 90 day review, asked Mike to be more flexible and have less of an ultimatum attitude. Asked him to work on his mentorship and development of the less experienced people on our team. I asked him to not write off others (ops, integrators etc) when he felt they didn't add value. He did not take this feedback well.

11/27/18
Email
Directly after his 90-day feedback, Mike canceled his trip to Perris even though I had asked him to be there to help with site projects and start getting involved in PM in California

12/1/18
Email
Mike stopped sending updates and made them one liners. Asked for more detail from him when he sends out his weekly tasks and communicates to me for his open items

12/6/18
1x1
Mike asked me if he could stay in Lancaster and be an ops manager. I told him I would like him to talk to Genaro about working in one of the CA buildings since there are greater career

Confidential

development opportunities since Lancaster doesn't need any ops as they had hired everyone at that time.

12/7/18
1x1
Talked about his open projects. Mike was really focused on completing the MRO project he created. I had never asked him to take this on but it was a project he liked. He still hadn't done the 5S work with Willian and he had never follow up on the new site launch tracker like I asked him to

12/20/18
1x1
Mike still did not tell William what he and Melody had been working on with the standardization. When Mike found out that William had been also tasked to drive 5S, Mike didn't want to be part of it.

Mike and I talked about Mike wanting to go to CA. I told him I would talk to Genaro about him applying for the Lathrop site director's role.

*(Start of 2019 Correspondence)*

1/3
Talked to Genaro about Mike applying for the L5 Lathrop Director role. Genaro asked for Mike's resume which I sent. I also told Genaro Mike had my full support transitioning to ops and that I would be sad to lose him.

"Hi and Happy New Year!

Wanted to send over Mike's resume. I know he is very interested in the Lathrop building. I am going to have him formally apply unless you think he's not a good option.
He is one of the strongest ops guys I worked with at Amazon.

Emily "

1/11
Mike interviewed to run the Lathrop building as a L5 but did not get the building due to feedback from Genaro and Brian. I was not involved in the interview process at all.

Genaro however still wanted Mike to do a lateral transfer to L4 and Mike told Genaro he would take it. Genaro asked me if Mike could start in July. I said yes but I needed him to help get Lathrop PM done.

1/14

1x1
Mike spent time in Perris and emailed me asking if he could talk about moving to ops again and California. I told Mike I would need to get a transfer date set with Genaro.


1/22
Mike and I had an in-person meeting in Perris. Uncomfortable situation where Mike was sitting on one side of the table and I was sitting on the exact opposite. Converation started heated but as it calmed down, Mike scooted his chair around the entire table and moved right next to me. We were sitting side by side. Mike moved his chair so that our knees were touching and he put his hand on my leg. I moved my chair back and put space between us and kept talking. I felt uncomfortable.  Talked to Mike and told him July 7th would be his transition date to Perris Ops since I got approval from Matt and Genaro to transition Mike to Ops.


1/29
Email
The first of the "pro tip" emails he would send when I wasn't doing stuff he wanted me in excel


2/6
Mike still hadn't updated his project work, or done anything with the new site guide. Mike wanted to go out to Perris instead and start learning ops for this July transition. I asked him to stay in Lancaster so we could work on his projects and update things he hadn't been doing.


2/13
Mike and I had an in-person meeting about his work load as Mike had not been getting his project work done. Mike had not done anything with Lancaster As Built acceptance, punch list follow up, had stopped having his New Site Launch guide reviews with the team and stopped updating the project tracker.

Mike told me he wanted to focus on things Matt had asked him about (Optimizing existing sites) and his MRO project. Mike also told me he wanted to start getting more involved in learning Ops. I asked him to keep working on the new site launch guide and to continue PM tracking his existing projects.

Mike told me he wanted to present MRO at the director's meeting and wanted to own optimizing sites complete. I asked him if he wanted to be involved with process improvement but he said he only wants to be involved if he can own it 100%. Mike told me he was unhappy on my team. I said I don't want him to be unhappy but that it would be difficult for me to support an earlier transition to Ops without having his replacement hired. I asked Mike to stay on my team until I could find a PM to replace him. He agreed to this.

Mike and I went out to lunch and had a professional, cordial time. No stress.


2/14

WAYFAIR_000445

I took over the new site launch template since Mike did not want to do this and had not been managing this project

2/25
Asked for Mike to start helping Brandon and I with a racking naming standard since Mike had all this data from the rack standardization project

3/4
Mike got really focused on the white paper for MRO and Site Optimization. He had been spending a lot of his time on these projects and not on the ones I had asked him to focus on. He was not updating anything for Lathrop nor was he updating his TX/CA1/CA3 projects.

3/13
Mike and I had another in person meeting in Boston. Mike was there doing a project Matt had asked for help with. Mike and I had been disagreeing since Mike was ignoring all my asks and his project work. We were sitting in a conference room after 5pm in Boston discussing why Mike wasn't getting his work done. It was a heated conversation. Mike was sitting on one site of the table and I was on the other. Mike wanted to me to stop telling him what to do. I told him I needed him to do his work and not ignore it. Mike asked again about transitioning earlier to Ops. I told him that I still hadn't found anyone but was interviewing. Mike calmed down about 30 minutes into the conversation. At this point, we both were saying how much we don't like fighting with each other. Mike moved his chair around the table and moved to close to me that our knees/legs were touching. I moved my chair back and created space between us. We continued the conversation. I told him I didn't want him to be unhappy on the team and that I would talk to Genaro about getting Mike into ops sooner.

3/14
Talked to Genaro about Mike's transition moving earlier after getting sign off from Matt. Genaro and I agreed on an April 1st start date since Mike was not getting any of his project work on my team done and had been only focused on learning ops. Mike's heart was not in PM.

3/14
Told Mike about transiting to Ops April 1st. Mike was good with that date. Mike asked me to talk with him outside of work preferably when I was not on his team anymore. We both agreed that our working relationship was strained and we wanted to rebuild since we would be working on Lathrop together. I told him I could come down to Lancaster and meet after we did a site walk. He as adamant that we meet up outside and after work during this trip. We agreed to meet up March 18th or 19th for dinner.

3/20
I had told Mike that due to my meeting schedule, I would not be able to have an in-person in Lancaster. I asked if he could come to Hebron and help us with the racking naming standards. Mike was on site in Hebron on 3/20. I asked him if we could have our in person dinner that night since he wanted to meet outside of work. We had a good day generally. About an hour

WAYFAIR_000446

before we were supposed to leave for dinner, I asked Mike to update his PM documents and tracker since it was still out of date. I asked him to do it sometime that week. And reminded him this was the 3rd or 4th time I asked him to do it. He started to pack up and said he was going to go to the hotel and update it that night. I asked him what about our dinner plans to which he said he could no longer to dinner and had work to do. I told him that he hadn't done it for 3 weeks why cant it wait until tomorrow? He said he needed to get it done that night and left. We did not go to dinner.

3/21
Mike emailed me of his old emails regarding PM for Perris and Lancaster. He updated all the trackers to remove himself as the PM and worked with Jeff to take over Lancaster. He finished all the work I had been asking him to do ifrom 3/21 to 3/23

3/28
I asked Mike to start stakeholder calls for Lathrop. He told me he wouldn't start them until the roof was on. I told him he needed to start them since I asked him to do this a few times and was getting questions from stakeholders already.

4/1
Mike transited to Ops in Perris

4/10
Found out Mike had started stakeholder calls but didn't add me to any of them. Asked Mike to add me but he said he needed to know what I would be contributing to the discussion before adding me.

4/10
Mike declined 4 meetings that we had set up with Brandon and Kelly to work on Racking Standardization. Mike asked me why he needed to attend and I said he was part of the project and we needed his feedback due to his involvement with racking standardization. His response "I mean, if this is predicated on me being present, then what's the meeting for?  How about I just come up with it myself?"

4/11
Mike and I were going back and forth about him helping out on a racking naming standardization project since he was heavily involved in the rack maximization project. I had emailed Mike about finding a time to join the group call since he had canceled 4 times. He emailed me back saying that he's on the west coast and the times I had booked where at 7am for him. His calendar was not blocked off and I knew Mike is in the office by 6am. He sent me a second follow up emailing later that day, "This is just for standard naming convention correct? Can you really not come up with something unless im present?". He then sent a third email since I wasn't responding to his first two, "I mean, if this is predicated on me being present, then what's the meeting for?  How about I just come up with it myself?" I then scheduled a meeting that fit his time of day and he originally tentatively accepted even though his calendar

WAYFAIR_000447

was up to date. He then emailed me he was putting together the agenda for the Lathrop stakeholder calls and asked what aspect I would be updating. I didn't respond to this email as I felt he had been getting really aggressive with his communication.

After his emailing, he texted me at 1:34pm that day.



I didn't respond to his texts. He was referencing the dinner that he had wanted to have on 3/20 but then he canceled it.

**4/16**
Asked Mike again to add me to the stakeholder calls. He wouldn't forward the invite until I told him what I would be providing. He emailed me a comment about not contributing, "Let me tell you about this book I read once called "Death by Meeting". I understand that you've asked. What I am asking you, is what are you going to be contributing? That is not to be combative, it is to point out that if you don't have an answer, then your request to be included is simply so that you can act as a passive listener." After this email he followed it up with another email, "All Im asking for is just one, single line-item that you will be providing an update on."

**4/18**
Emailed Mike asking him to put in a ticket to get him transferred over to Genaro since I was still receiving all of his travel reservations.

Mike emailed me back that day and said "You're still getting them because you submitted the internal transfer ticket to the wrong team. Once that gets correct, I'm sure that you wont be receiving them any longer."

I then asked him in a separate email if he has moved since he was living in hotels weeks at a time but I put in for him to get a transfer bonus. I emailed him "Also, have you not moved? I need to chance your relo if you are still commuting."

Mike responded via email "No… you didn't. Once again… something that could have taken you 30-seconds to look up or think through now takes everyone else 10x as long to clean up…" and included a snip of org browser showing he reported to the wrong person.

Confidential

I emailed him back that day "I don't appreciate you talking to me that way. if you continue, we will need to have a sit down with HR and Genaro to address communication."

He responded, "I would gladly welcome that.  The impetus for my transfer was to remove myself from your team, but you continue to engage me."

To which I responded, "Mike, We work on projects together for 3 buildings. I need to engage with you on a project level. We need to have a professional relationship. I am working to have another PM take over Perris and Lathrop opening but until then, we are still going to work together."

He responded to that via email the same day, "Emily - I fully respect the professional relationship as it pertains to the 3 building and projects within; however, I am referring to anyone communication being that. I fully support organizing a meeting between HR, Genaro, Matt, you, and me to discuss."

At this point, I called Mike but he didn't answer. He called back later but I was in a meeting. He texted me that he was free and I said I was in a meeting. He followed up his call with an email, "Tried to call you back.  I'm following up with you on your suggestion to have a conversation with HR, Genaro, Matt, you and me.  I fully support setting something up, I think it's absolutely necessary.  Let me know."

I emailed him back after this email around 5:09PM, "Sorry I missed your call. Won't be able to talk tomorrow. I will reach out next week. Have a good weekend," since I felt that he was starting to get really aggressive. I felt that we needed to take the weekend to calm down and regroup. He texted me at 5:45PM to ask if I wanted to talk.



Mike didn't respond to my email asking him to stop texting. That last text was sent by me at 5:56PM.

He responded to via email later that same night at 8:12PM, "Completely understand.  I will preliminary reach out to members of the HR Team tomorrow to see if it's possible to arrange a meeting."  At this point I called Matt since I felt it had escalated to a point where I needed help.

4/22

Mike emailed me asking if I had a chance to submit a PO for a project in Perris. Mike CCed all the Perris senior leadership. The project was Jonathans at this point and I felt that Mike was trying to make me look bad in front of leadership.

It was at this point that Mike continued to send a high number of emails around project work. Where he was creating long lists of asks and including senior leadership on everything. The project in Lathrop as not an active project and on Rob's team at this point but that didn't prevent Mike from assigning me to numerous asks that were not part of my scope. He asked me questions that Keith and Rob owned. Rob and Keith answered him but I felt Mike was doing this to call me out and make me look bad.



Later that day, he emailed me asking if I was going to take over Lathrop, "Understand that you'll be taking over the Weekly Stakeholder Meetings for Lathrop.  Are you sending out an updated meeting invite and agenda, or just using the current meeting invite?"

I responded via email "Hi Mike,
Think we should let Genaro and Matt talk about dates and appropriate handoff responsibility before I take over the calls. Adding Matt."

4/24
Mike emailed me and CCd senior leadership again, asking me questions that I told him belonged to Rob.



WAYFAIR_000450

I didn't respond to his email. He emailed a few hours later, another ask for someone else's team.



Again, I didn't respond to him. I felt he was harassing me at this point.

4/29-5/1
On site visits in Lathrop, CA and Perris, CA with Mike, Matt, Rob, Brandon, Keith and Brittany. No issues at all with Mike. We had pleasant interactions.

5/1
Perris On site
After a long meeting discussing RACI with Brandon, Keith, Brittany, Mike and Matt, we all agreed for new site launches who owns what.

When the meeting ended, Mike asked me and Matt if he could have 2 minutes. Everyone left the room except me, Mike and Matt. Mike started with he wasn't going to beat around the bush with the tension going on and stated that he wanted to understand how the PMO will help. He said that in the last 9 months he understands how the PMO works and he doesn't want the help. He stated that he needs to know what the PMO will be contributing on the stakeholder calls. Matt said he knows the PMO is understaffed and that had we had PMs and that we are looking, the PM would have been onsite earlier and doing a lot of this stuff.

Mike said he doesnt want the PMO involved and needs to understand how much help the PMO will be contributing, all the while looking at me. Mike felt very aggressive and defensive.

Matt said he would almost rather have this conversation without me … at that point I got my laptop and got up to leave. Matt stated as I was walking out that he doesn't have time to talk about this shit.

I didn't say anything during this conversation at all and just got up and left. Mike and Matt talked for over 30 minutes while I waited outside. When I saw Mike leaving the room with Matt, I asked Mike if he was finished, he said he was. Mike left the building. I went in and talked to Matt about what happened and what to do moving forward. Matt told me that he pulled Mike off Lathrop and I needed to find coverage.

Mike and I didn't have any other interactions as I was leaving the next morning.

5/9

Mike continued to ask me for things that didn't fall on my team. Rob responded as he was owing that phase of the project.



5/13

Mike wished me happy birthday. I responded with a thank you.



5/28

Confidential

I added Davina to help with PM as Mike refused to update the PMO trackers. The Lathrop site Director Arron V. and I had a good call for how to use Davina to help pick up what Mike was not doing.



**5/29**

Call with Arron, Mike and Davina going over the ground rules of Davina coordinating PM work for the Lathrop site launch.  Davina and Mike started to work together after this call.  I minimally engaged with Mike after this point and when he asked me questions, I directed everything to Arron or Davina.



**6/12**

With Hector and Genaro leaving Perris, Mike was asked to go take over ops for CA3. I emailed Mike congratulations and let him know I was going to be on site.

WAYFAIR_000453



**7/3**

Mike starting putting project work on the PMO even though he had told me that he wanted to handle 100% of all project work. HPS and receiving lines. Davina handled everything Mike asked her to do.

**7/22**

On site visit in Perris

I was having lunch at the small table near HR. Mike came over and sat down next to me. I moved my lunch aside and turned to talk to him. I was wearing a shirt with little spots all over it and it had buttons running up the front in the middle. Mike was stairing at the buttons or a spot. I asked him what was wrong and if I had spilled something on my shirt. As he was looking very closely at it. He reached out and touched my buttons and a spot that was part of the shirt. He said he couldn't tell if that was a spot or lunch. I laughed it off. And asked if he needed anything. He asked me a few project questions about CA3 and I told him to go Jonathan as Jonathan owned the projects and I was not able to answer any questions. He left shortly after. Later that day, after 5pm and most people in the office had left, I went into Mike's shared office to ask if he needed anything before I left. I sat down and we talked about all the tension that had been going on between us. He said he didn't want to fight anymore with me. I told him I didn't either. He told me that he hates fighting with me and that I am the only person he yells at. I told him that he had caused me a lot of anxiety and stress. I told him I should have fired him when he was on my team. He asked if I was serious about my wishing I had fired him. I told him no, he's too strong operationally but that he created a lot of stress for me. We continued to talk and he started joking how everyone thought we hated each other but really we are able to laugh and talk. He said wouldn't it be funny if later he and I "got tougher" and surprised everyone. I said not really. He asked me if I was still seeing my boyfriend and I said no. He then asked me if I tried online dating like Bumble. I said Bumble stressed me out and that I cant do it. He then asked me what I was doing for dinner. I told him I was tired and had been up since 4am EST and that it was past my fasting period. He wanted to know if I would go hike with him. I told him he has caused me too much stress to be friends with him again this soon. I told him maybe

next time I am on the site in August we can go hike. We walked out together and ended the conversation without any additional tension.

7/31
Mike continued to ask me for project details. I told him to stop asking me as the CA3 projects now fall to Jim.

8/4
Mike emailed me in an aggressive way about getting information that Jim had been previously giving to him. I didn't respond to Mike. I asked Matt to reach out to him and ask Mike not to bully me.

