# Exhibit 15

Message

**From**: Emily Forsythe [eforsythe@wayfair.com]
**Sent**: 3/7/2019 3:47:32 PM
**To**: Michael McDole [mmcdole@wayfair.com]

https://www.harpoonbrewery.com/events/harpoon-st-patricks-festival-211256

EXHIBIT 12

WAYFAIR_000211