# Exhibit 16

Message
_____

**From:** Rob Holtz [rholtz@wayfair.com]
**Sent:** 8/6/2019 7:32:03 PM
**To:** Matt Witte [mawitte@wayfair.com]
**Subject:** Fwd: A.18.1951 - Wayfair - Port Wentworth, GA - Sorter
**Attachments:** image001.png

It is getting to the point that I can barely work with her. It is a struggle to want to help on any project that she is involved in.

**Rob Holtz**
Associate Director of Automation Engineering
Industrial Engineering

**Wayfair**
1405 Worldwide Blvd
Hebron, KY 41048
513-259-6037
rholtz@wayfair.com



---------- Forwarded message ---------
From: **Emily Forsythe** <eforsythe@wayfair.com>
Date: Tue, Aug 6, 2019 at 2:36 PM
Subject: Re: A.18.1951 - Wayfair - Port Wentworth, GA - Sorter
To: Rob Holtz <rholtz@wayfair.com>, Matt Witte <mawitte@wayfair.com>


Rob,

Please do not request CO for my projects. Feel free to suggest that I request these. When you go directly to Alex and start getting involved in my project work you are disruption communication and creating confusion. We have talked about this several times.

If its something you missed in the quote phase and want to make it one of your RFQs we can do that as well. But there is no need for you to go directly to the installers for anything.

Emily


On Tue, Aug 6, 2019 at 2:24 PM Rob Holtz <rholtz@wayfair.com> wrote:
> It could be a change order. There was not guarding that they included in the proposal, or at least, what we need
> . In Cran3, John Amey has already purchased the guarding. I think our Maint teams should purchase it and
> install it so that it is done to what Wayfair wants. I had MHS give us a quote for guard rail and banger bars in
> case we needed them to provide. Totally up to you on what you want to do here.

**EXHIBIT 13**

**Rob Holtz**
Associate Director of Automation Engineering
Industrial Engineering

**Wayfair**
1405 Worldwide Blvd
Hebron, KY 41048
513-259-6037
rholtz@wayfair.com



On Tue, Aug 6, 2019 at 1:43 PM Emily Forsythe <eforsythe@wayfair.com> wrote:
Is this a change order?

E

---------- Forwarded message ---------
From: **Alex Macdonald** <alex.macdonald@mhsglobal.com>
Date: Tue, Aug 6, 2019 at 1:32 PM
Subject: A.18.1951 - Wayfair - Port Wentworth, GA - Sorter
To: Emily Forsythe (Wayfair) <eforsythe@wayfair.com>
Cc: Charles Kuykendall <charles.kuykendall@mhsglobal.com>

Hello Emily,

Rob requested highway guarding and banger bars for the sorter. Please review and let me know if you would like to make any changes before I get pricing. Highway guarding and banger bars were not included on the original proposal. The banger bars would be under the platform at the MHE entrances.

Alex

**Alex Macdonald, PMP / Project Manager**

**Distribution + Fulfillment**

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WAYFAIR_000420

1060 Windward Ridge Pkwy | Ste. 170

Alpharetta, GA  30005

+1 470 410 1724 / office

+1 912 481 1575 / mobile



IMPORTANT: This email (including all attachments) may contain confidential and/or privileged information and is intended solely for the addressee(s) designated above. If you have received this message in error, please notify the sender immediately by responding to the email and then delete it and any attachments without retaining a copy. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this email or its contents is strictly prohibited.

Confidential