# Exhibit 17

Message

**From**: Matt Witte [mawitte@wayfair.com]
**Sent**: 8/6/2018 8:22:20 PM
**To**: Genaro Bugarin [gbugarin@wayfair.com]
**Subject**: Fwd: Employee Communication

Hey, read below.  I'll talk with Christa, but this seems odd?

Begin forwarded message:

> **From:** Christa Cabriales <ccabriales@wayfair.com>
> **Date:** August 6, 2018 at 1:31:51 PM CDT
> **To:** Matt Witte <mawitte@wayfair.com>
> **Subject: Employee Communication**
>
> Hi Matt,
> Your employee Emily Forsythe is visiting the Perris WH and booked a conference room to which someone conducted a meeting in while she was out of the warehouse.
> Upon her return, I advised that there was a meeting going on in the room and she was extremely rude in her communication to me.
> I don't appreciate the manner in which I was spoken to as I felt it was really unprofessional and unwarranted.
> I'm aware she is a Senior Manager and therefor "out ranks" me, but I was only providing information to her. I'd appreciate if her attitude and demeanor is addressed directly as she was out right rude.
>
> Thank You
>
> CHRISTA CABRIALES
> Warehouse Operations Team Lead - CA & TX Operations
>
> WAYFAIR
> Wayfair LLC - Perris Building 2
> 3300 Indian Ave.
> Perris, CA 92571
> United States
> P: 617.502.7761
> ccabriales@wayfair.com
>
> 
>
> Joss&Main    ALLMODERN    BIRCH LANE
>
> PERIGOLD    wayfair PROFESSIONAL

EXHIBIT 14

WAYFAIR_000163