# Exhibit 18

Message

**From:** Jonathan Marcoux [jmarcoux@wayfair.com]
**Sent:** 4/3/2019 5:31:37 PM
**To:** Matt Witte [mawitte@wayfair.com]
**Subject:** RE: Catch Up

I'm all good and we can talk next week, definitely not trying to make this sound like an emergency.

Just wanted to write this down now while it was fresh in my head

JONATHAN MARCOUX
Industrial Engineering Manager

WAYFAIR
Wayfair LLC - Perris Building 2
3300 Indian Ave.
Perris, CA 92571
United States
P: +1(951) 449-7089 x2167089 | M: (908) 625-1966
jmarcoux@wayfair.com



Joss&Main    ALLMODERN    BIRCH LANE

PERIGOLD    wayfair PROFESSIONAL

---

**From:** Matt Witte
**Sent:** Wednesday, April 3, 2019 10:27 AM
**To:** Jonathan Marcoux <jmarcoux@wayfair.com>
**Subject:** RE: Catch Up

Thanks for the note.

I'm not back really until next week.

You OK?

---

**From:** Jonathan Marcoux
**Sent:** Wednesday, April 3, 2019 1:06 PM
**To:** Matt Witte <mawitte@wayfair.com>
**Subject:** Catch Up

Hey Matt,

I had a conversation with Emily on Friday last week about PM work and just had a call a little bit ago with both her and Haley about supporting the West region projects.

When I spoke with Emily last week, we talked about how much bandwidth Haley and I had to help support projects and I made it very clear that we want to be involved but that neither of us were ready to commit to running projects at this point. I asked her to keep us in the loop on what's happening so that we could keep an open communication with Ops, Facilities, and A2i and she agreed that would be good but also asked that I think about it a little more over the weekend and we could touch base this week again.

EXHIBIT 15

WAYFAIR_000232

That led to scheduling this call today and I just wanted to bring up my concern with how that call went. Emily walked Haley through the project tracker and I noticed that Haley's name was already on a large chunk of the project tasks despite my conversation with her on Friday. I reminded her that we want to be involved in communication but that we weren't ready to take ownership, especially with some of the other projects we know are coming up like the Middle Mile transition. Emily's response was to ask how much bandwidth Haley realistically had to help with projects and she estimated it would require 15-20% of her time. I jumped in to say again that we didn't want to commit that much time yet and that we would rather lean on Belinda and our Facilities teams to help us out when it comes to coordinating deliveries and tracking schedules. Emily asked that we think about how much bandwidth we had again and then the 3 of us could get together later this week or early next week to talk again.

In addition to that, I found out that Emily already delegated some work to Haley on Monday regarding something with racking. Not sure the specifics of what was asked but I was not included on the email.

This note was longer than I anticipated but I just wanted to bring up these concerns especially after our talk on Friday. When you're back in the states let me know if I can grab a few minutes to talk again. Safe travels.


Thanks,

JONATHAN MARCOUX
Industrial Engineering Manager

WAYFAIR
Wayfair LLC - Perris Building 2
3300 Indian Ave.
Perris, CA 92571
United States
P: +1(951) 449-7089 x2167089 | M: (908) 625-1966
jmarcoux@wayfair.com



Joss&Main    ALLMODERN    BIRCH LANE

PERIGOLD    wayfair PROFESSIONAL