# Exhibit 19

Message
___

**From**: Matt Witte [mawitte@wayfair.com]
**Sent**: 6/11/2019 10:02:49 PM
**To**: Arron Velarde [avelarde@wayfair.com]
**Subject**: Re: CA7 Lathrop Site Update - Week 6/10
**Attachments**: image001.jpg; image002.jpg; image003.png

I agree with you.

On Jun 11, 2019, at 5:57 PM, Arron Velarde <avelarde@wayfair.com> wrote:

> Hey-
>   I may not be understanding the full intent behind this message and maybe there is something behind the scenes or asks I may not have visibility to but from first glance, it seems petty.
>   It goes back to what we talked about... If this is Davina upset, she needs to come to me or ask Mike where the communication gap is.  The gentle nudges from Emily toward Mike are not helpful and I am trying to understand the intent to such messages.
>   Only forwarding you this because it relates to the weird tension I continue to see from both sides.  If Emily truly wants things like such added for the right intent.. then as me and I will ensure we are all driving the same way.
>
> Not requesting action at all.. just wanted you to know.
>
> **From:** Arron Velarde
> **Sent:** Tuesday, June 11, 2019 2:52 PM
> **To:** Emily Forsythe <eforsythe@wayfair.com>
> **Subject:** RE: CA7 Lathrop Site Update - Week 6/10
>
> Is the ask to include Davina and/or remove Mike?
>
> I agree Davina should be on here but am unsure why Mike would be removed if this is the ask?
>
> Mike continues to drive this as the PM and although Davina is helping add additional light to certain areas, I'm unsure I grasp the intent behind this request?
>
> In my opinion it seems petty and am just trying to understand if this came from concerns via Davina or if this is a concern of yours?  I would also recommend, if this is a concern of Davian, I would ask we continue to push her into calling Mike or Me to help with such disconnects.
>
> **From:** Emily Forsythe
> **Sent:** Tuesday, June 11, 2019 2:32 PM
> **To:** Michael McDole <mmcdole@wayfair.com>
> **Cc:** Arron Velarde <avelarde@wayfair.com>; Davina Heard <dheard@wayfair.com>
> **Subject:** RE: CA7 Lathrop Site Update - Week 6/10
>
> Hi Mike,
>
> Can you please update the IE slide to reflect accurate information? Davina in on the IE team and I would only like IE team members on this slide.
>
> Thanks,
>
> Emily


EXHIBIT 16

**From:** Michael McDole
**Sent:** Tuesday, June 11, 2019 11:19 AM
**To:** Allan Lyall <alyall@wayfair.com>; Chris Stark <cstark@wayfair.com>; NAFulfillmentCenterDirectors <NAFulfillmentCenterDirectors@wayfair.com>; IndEng <IndEng@wayfair.com>; Kristin Anzaldo-Bohi <kanzaldobohi@wayfair.com>; Courtney McAbee <cmcabee@wayfair.com>; Stella Karadimas <skaradimas@wayfair.com>; Monique Ramos <mramos1@wayfair.com>; Davina Heard <dheard@wayfair.com>; Athena Bell <abell3@wayfair.com>; Julie Fick <jfick@wayfair.com>; Arron Velarde <avelarde@wayfair.com>; Alaina Greaney <agreaney@wayfair.com>; Emily Weimer <eweimer@wayfair.com>; Trevor Shaffer-Figueroa <tshafferfigueroa@wayfair.com>; Molly Ahadpour <mahadpour@wayfair.com>; Ninad Sonawane <nsonawane@wayfair.com>; Alyssa Beecy <abeecy@wayfair.com>; Brittaney Skaggs <bskaggs@wayfair.com>; Thomas Robinson <trobinson1@wayfair.com>; Ricky Styron <rstyron@wayfair.com>; Keith Wertman <kwertman@wayfair.com>; Jen More <jmore@wayfair.com>; Michael McGowan <mmcgowan@wayfair.com>; Victor Chin <vchin@wayfair.com>; Lori Geoffroy <lgeoffroy@wayfair.com>; Claude Lavoie <clavoie@wayfair.com>; Arron Velarde <avelarde@wayfair.com>; Arron Velarde <avelarde@wayfair.com>; Brendan Julian <bjulian@wayfair.com>; Stephen Cannizzaro <scannizzaro@wayfair.com>; Brendon Wong <bwong@wayfair.com>; Sean Hickman <shickman@wayfair.com>; Daniel Juergens <djuergens1@wayfair.com>; Khaled Hiari <khiari@wayfair.com>; Gabe Lopez <galopez@wayfair.com>; Rob Holtz <rholtz@wayfair.com>; Jim Lowe <jlowe1@wayfair.com>; Brittaney Skaggs <bskaggs@wayfair.com>; Davina Heard <dheard@wayfair.com>; Frances Thunder <fthunder@wayfair.com>; Brandon Joseph Smith <bsmith@wayfair.com>; Joseph Kowalski <jkowalski@wayfair.com>; Arron Velarde <avelarde@wayfair.com>; Jimmy Mayshar <jmayshar@wayfair.com>; Kyle Masengale <kmasengale@wayfair.com>; Douglas Rattin <drattin@wayfair.com>; Matthew Robinson <mrobinson@wayfair.com>; Supriyo Roy <suroy@wayfair.com>; Ihab Siddiqui <isiddiqui@wayfair.com>; Nane Amiryan <namiryan@wayfair.com>; Brandon Mowrey <bmowrey@wayfair.com>; Greta Michalczuk <gmichalczuk@wayfair.com>; Justin Barrett <jubarrett@wayfair.com>; Sarah Wooden <swooden@wayfair.com>; Frances Thunder <fthunder@wayfair.com>; Gor Zakaryan <gzakaryan@wayfair.com>; Brett Musco <bmusco@wayfair.com>; Steph Sigalas <ssigalas@wayfair.com>; Burak Gundogdu <bgundogdu@wayfair.com>; Arron Velarde <avelarde@wayfair.com>; Emily Forsythe <eforsythe@wayfair.com>; Davina Heard <dheard@wayfair.com>; Athena Bell <abell3@wayfair.com>; Matt Witte <mawitte@wayfair.com>; Rob Holtz <rholtz@wayfair.com>; Steven Grimes <sagrimes@wayfair.com>; Liz White <lwhite2@wayfair.com>; Trevor Shaffer-Figueroa <tshafferfigueroa@wayfair.com>; Mark Schmitz <mschmitz@wayfair.com>; Tom Stanley <tstanley2@wayfair.com>; Shanker Venkateswaran <svenkateswaran@wayfair.com>
**Subject:** CA7 Lathrop Site Update - Week 6/10

All,

Google slides have been updated with the latest information for CA7 Lathrop Launch. Please let me know if there is any information or updates you would like to see included.

1. Site created in Highjump → Warehouse #26
2. PO Placed for Racking → PO 167985. Site planning to use floor locations during launch.
3. S&OP Long-term and 12-week forecast updates expected by end of June
4. Low voltage expected to begin onsite week of 6/24
5. PP expected on to transition on 9/30, DA expected to transition on 11/4.

| KEY DATES | |
|---|---|
| Tenant Improvements | 4/29 - 8/21/19 |
| Data [Comcast] | 7/1/19 [est.] |
| Power [PG&E] | 7/15/2019 [est.] |
| MDF Room | TBD - |
| Racking Timeline | **PO** - Placed 6/7<br>**Delivery** - 8/30 [est.] |
| Sorter Timeline | PO - |
| TCO / COO | 8/28/2019 |
| System Testing | 9/16/2019 - 9/22/2019 |
| Date of 1st Receipt | 9/23/2019 |
| **Full IB/OB Operations** | **Monday, 9/30/2019** |

<image002.jpg>

Regards,

MICHAEL MCDOLE
Sr. Operations Manager

WAYFAIR LLC
CA7 - Lathrop Warehouse
5120 Glacier St.
Lathrop, CA 95330
M: (214) 789-3718
mmcdole@wayfair.com