# Exhibit 20

| | |
|---|---|
| **Message** | |
| **From**: | Matt Witte [mawitte@wayfair.com] |
| **Sent**: | 6/11/2019 2:53:00 AM |
| **To**: | Emily Forsythe [eforsythe@wayfair.com] |
| **Subject**: | Accepted: 1x1 |

Hey,

I'd like to discuss the following tomorrow:

1. Hiring Plan – (2) L4s – I owe a final org chart to Allan to get this approved
2. Attitude Perception – Want to give you very honest open feedback to help you out with communication to keep things tight but positive. Feedback is a gift, take it as you want.
3. McDole – How is this going?
4. Stress – We sell furniture and many of the things that you worry about are well beyond your control. Want to make sure you understand this point. You need to find a way to keep a level head as stress leads to downstream ripple effects in the team.
5. Calibration – Start thinking of your team. I'll have a session the week of 6/24 before we lock final reviews.

I know you worry, this is a 100% positive call. Have a good night.

Matt

EXHIBIT 17

WAYFAIR_000386