# Exhibit 21

Message

**From:** Kory McKnight [kmcknight1@wayfair.com]
**Sent:** 8/28/2019 3:07:21 PM
**To:** mawitte@wayfair.com
**Subject:** Fwd: Erlanger platform issues

Just an FYI

Thanks,

Kory McKnight, PMP
Director - MHE Design and Implementation
Wayfair.com
m: 815.520.2625

Sent from my iPhone

Begin forwarded message:

> **From:** Kory McKnight <kmcknight1@wayfair.com>
> **Date:** August 28, 2019 at 10:35:11 AM EDT
> **To:** Emily Forsythe <eforsythe@wayfair.com>
> **Subject: Re: Erlanger platform issues**
>
> Hi Emily,
>
> OK. This is exactly why I want the Implementation team (PMO) involved with the detail design. We will improve this going forward. For now we just have to fix it and move on.
>
> KORY MCKNIGHT | PMP
> Director – MHE Design and Implementation
> WAYFAIR
> m: 815-520-2625
> kmcknight1@wayfair.com
>
>
> On Wed, Aug 28, 2019 at 10:20 AM Emily Forsythe <eforsythe@wayfair.com> wrote:
>> Hi Kory,
>>
>> Just a heads up and I will be providing more detail and cost of fixing a few of the design issues for all sorters.
>>
>> My guess is we will run about 50K per site to correct design issues.
>>
>> Emily
>>
>> ---------- Forwarded message ---------
>> From: **Jeff Neuharth** <jneuharth@wayfair.com>
>> Date: Tue, Aug 13, 2019 at 9:44 AM
>> Subject: Erlanger platform issues
>> To: Emily Forsythe <eforsythe@wayfair.com>

EXHIBIT 18

Confidential                                                                                                    WAYFAIR_000479

Emily,

    Just to let you know, I am angry about the design of the Erlanger platform and how I was not able to review the design prior to install. I plan on talking to Rob when he gets back from his vacation. We are going to need a change order or two to fix some of the issues. I am also worried now about the conveyor design causing even more problems as I have not seen any of the install drawings for them as well.

Regards,

**JEFF NEUHARTH**
Senior Project Manager

**WAYFAIR**
Wayfair LLC - Hebron Warehouse
1405 Worldwide Blvd
Hebron, KY 41048
United States
M: 614.558.4092
jneuharth@wayfair.com



Joss&Main    BIRCH LANE    **ALLMODERN**

PERIGOLD    wayfair PROFESSIONAL