# Exhibit 22

Message
---

| | |
|---|---|
| **From**: | Kory McKnight [kmcknight1@wayfair.com] |
| **Sent**: | 8/29/2019 1:40:45 PM |
| **To**: | Matt Witte [mawitte@wayfair.com] |
| **CC**: | Melissa Malik [mmalik1@wayfair.com] |
| **Subject**: | Re: Daily peak calls |

Matt,

I asked Emily to cover this yesterday. I didn't know she wasn't on until I joined the JAX call at 9am and she was running that meeting...

We are all set on the invites.

Thanks,

Kory McKnight, PMP
Director - MHE Design and Implementation
Wayfair.com
m: 815.520.2625

Sent from my iPhone

On Aug 29, 2019, at 9:29 AM, Matt Witte <mawitte@wayfair.com> wrote:

> Yes Mel - Absolutely.
>
> Erlanger, Cranbury, and McDonough - Correct?
>
> Can you please forward the series to Kory and I and we will make sure that we get the right representation
>
> On Thu, Aug 29, 2019 at 9:25 AM Melissa Malik <mmalik1@wayfair.com> wrote:
>> Morning guys,
>>
>> Please can we have rep from IE on these daily calls? Not sure if Emily could make it today? We are starting status reporting from today so just want to be super aligned on messaging?
>>
>> Thanks
>> Mel

EXHIBIT 19

WAYFAIR_000488