# Exhibit 23

| | |
|---|---|
| **Message** | |
| **From**: | Allan Lyall [alyall@wayfair.com] |
| **Sent**: | 8/30/2019 10:21:04 PM |
| **To**: | Kory McKnight [kmcknight1@wayfair.com] |
| **CC**: | Brian McCormick [bmccormick@wayfair.com]; Matt Witte [mawitte@wayfair.com]; Melissa Malik [mmalik1@wayfair.com]; Victor Davis [vdavis2@wayfair.com] |
| **Subject**: | Re: Schedules |

Thanks, the naivety of the conversation worries me deeply and i need to know the level of rain for peak.

Thanks,
Allan

On Fri, Aug 30, 2019 at 18:01 Kory McKnight <kmcknight1@wayfair.com> wrote:
I will work directly with MHS regarding these deliverables and will advise on any improvements we can make in the coming days.  I will remind them of what is at stake for them..

Thanks,

Kory McKnight, PMP
Director - MHE Design and Implementation
Wayfair.com
m: 815.520.2625

Sent from my iPhone

> On Aug 30, 2019, at 4:42 PM, Allan Lyall <alyall@wayfair.com> wrote:
>
> Kory, Matt, I'm reflecting on how casual Emily talked about the sorter schedules and it makes me believe she has no compression about operational readiness and handover.  Can one of you deep dive the schedules and validate all assumptions.  Also work directly with the sites involved on handover.
>
> When will we know if we can improve the schedules.
>
> Thanks,
> Allan

EXHIBIT 20

WAYFAIR_000501