# Exhibit 25

**Emily**

> Let's try and connect today. I want to talk to you about your trip to Perris. Mike has reached out to me and wants me to call him. I know there is some friction there but want to talk to you before I talk to him.
>
> Also, on another note Katin Miller is the lead for DA that is supposed to help with McDonough challenge

Sounds good

What time are you free to talk?

> I'm at the airport now. Someone pulled the fire alarm! Good grief.... they haven't evacuated yet but the alarm is going off and it's really annoying... I board in 20 mins. I can call you when I get to Ohare. Around 5:15pm CST if that works

EXHIBIT 22

WAYFAIR_001668

**Emily**

> I'm at the airport now. Someone pulled the fire alarm! Good grief.... they haven't evacuated yet but the alarm is going off and it's really annoying... I board in 20 mins. I can call you when I get to Ohare. Around 5:15pm CST if that works

Sounds good

Thu, Aug 15, 6:45 PM

Thanks for talking. This is the first time in months that I feel good about a lot of stuff and having you here has removed a tremendous amount of stress. I really appreciate your support.

> Of course. I'm happy to hear that!

> Just talked to him.. no need to discuss details. If he needs something from you or feels your not able to provide him



**Emily**

**Sounds good**

Thu, Aug 15, 6:45 PM

Thanks for talking. This is the first time in months that I feel good about a lot of stuff and having you here has removed a tremendous amount of stress. I really appreciate your support.

> Of course. I'm happy to hear that!

> Just talked to him.. no need to discuss details. If he needs something from you or feels your not able to provide him with the info i told him to call me. I don't want any more drama. I told him we all need to work together. And that his building is Wayfair's building

Thanks. Have a great rest of the night

