**Exhibit 26**

**Exhibit 26**

| | |
|---|---|
| **Message** | |
| **From**: | Emily Forsythe [eforsythe@wayfair.com] |
| **Sent**: | 9/10/2019 3:35:42 PM |
| **To**: | Matt Witte [mawitte@wayfair.com] |
| **Subject**: | Teams |

Hi Matt,

Can I talk to you first before we talk to Kory about my switching teams? Do you mind if I start looking?

Emily

EXHIBIT 23

WAYFAIR_000555