# Exhibit 27

Message

**From**: Matt Witte [mawitte@wayfair.com]
**Sent**: 2/7/2019 1:39:02 PM
**To**: Emily Forsythe [eforsythe@wayfair.com]
**Subject**: Re: M.M.

Ok.  You should be able to edit, I think at least.


On Feb 7, 2019, at 8:30 AM, Emily Forsythe <eforsythe@wayfair.com> wrote:

> Hi Matt,
>
> I would like to revise Mike's review.
>
> Since submitting the review, Mike's performance has slipped and he has stopped working on his assigned projects.
>
> Few things I would like to document in the review:
>
> 1. Lack of follow through on making team based suggestions to the new site launch. I have asked Mike 3 times to set up planning sessions with the team to get feedback on how the new site launch guide is working in real life. Mike has chosen not to do this.
> 2. When I provide Mike feedback on his new site launch guide, he gets extremely defensive and will not take constructive criticism. There have been many meetings and conversations when I ask him to make changes and he refuses.
> 3. When I ask Mike to complete his 2019 Project Tracker based on templates that the team has all agreed on, Mike will not use the correct template. He has told me he does not agree with the team's choice and wants to use his own. When I push for consistency, he gets defensive.
> 4. Mike will not follow up on tasks that he does not see the value to. He will prioritize what he wants to work on and tell me that he's too busy and overwhelmed to do other tasks. When I try to prioritize with him, he does not agree with my prioritization and continues to pick and choose what he wants to work on.
> 5. I have asked Mike to help out on several smaller projects (capital, standardization, etc.) and he gets very single minded thinking in discussions and is a challenge to collaborate with
>
> While Mike is still a strong performer, I feel that this needs to go in the review.
>
> Emily

**WITTE EXHIBIT 1**