# Exhibit 28

Message

**From**: Kory McKnight [kmcknight1@wayfair.com]
**Sent**: 8/30/2019 2:05:02 PM
**To**: Matt Witte [mawitte@wayfair.com]
**Subject**: Re: Reivew

Thanks, she sent it to me after she sent it to you this morning.

KORY MCKNIGHT | PMP
Director – MHE Design and Implementation
WAYFAIR
m: 815-520-2625
kmcknight1@wayfair.com

On Fri, Aug 30, 2019 at 9:48 AM Matt Witte <mawitte@wayfair.com> wrote:

---------- Forwarded message ---------
From: **Emily Forsythe** <eforsythe@wayfair.com>
Date: Fri, Aug 30, 2019 at 9:26 AM
Subject: Reivew
To: Matt Witte <mawitte@wayfair.com>

Hi Matt,

I never submitted a review in WorkDay.

Here is my overall review for this last period.

<u>Review</u>
The past 6 months have been the most challenging and least fulfilling so far at Wayfair. I have really struggled with lack of direction and performance. I am disappointed in my overall performance and the general experience of the last review period. I haven't feel supported nor have I felt like I get clear direction. I don't think I have delivered since I don't know what I am going after. I would give my overall performance a 4.

Team Building and Culture – Id give myself a 3 on team building and a 4 on culture
Innovation and Results – a 4 or 3
Critical thinking – 3
Communication and Persuasion – 4

Things that I think have been ok this period
- Building my team has been really rewarding. I feel like I have supported my team and pushed them all to drive change and make an impact. Each one of them has really show great ownership and execution.
- Executing the structure that I created has gone smoothly. I think we put a great and scale-able structure in place that has worked for the team. It has also allowed us to respond for data requests instantly. While I didn't have clear direction around this, I think I built something that fit a need that was not stated.

Things that have been difficult

**WITTE EXHIBIT 2**

- While I love change and chaos, the team is at a stage which is unnecessarily chaotic. I have struggled to buffer my team from this.
- HR issues with Mike have taken a toll on me. It's been almost daily stress over the last 6 months and I don't know how to manage through this.
- I haven't been as fast to respond to requests. I feel like I am trying to hit a moving target that changes daily and want to get better at responding to all the one-off requests.
- I am not sure what I am going after and don't think I have been delivering. This frustration has shown in my overall attitude and I am aware of this.
- I feel like the direction and choices that have been made are wrong or incomplete. Decisions and orders get pushed down that are incomplete or wrong. It's difficult to execute on a poor plan. There is a level of accountability that I think is put on me that is not put on my peers.