# Exhibit 29

Message
---

**From:** Candice Smith [casmith@wayfair.com]
**Sent:** 9/16/2019 7:55:55 PM
**To:** Matt Witte [mawitte@wayfair.com]
**Subject:** Fwd: Emily Forsythe

FYI - investigation is closed.

---------- Forwarded message ---------
From: **Trevor Shaffer-Figueroa** <tshafferfigueroa@wayfair.com>
Date: Mon, Sep 16, 2019 at 12:36 PM
Subject: Re: Emily Forsythe
To: Candice Smith <casmith@wayfair.com>


Hi,

The investigation has concluded. I was able to close out with Mike and Emily. I am working to schedule the follow up conversation with Emily, Mike and their respective leaders.

T

On Fri, Sep 13, 2019 at 5:14 AM Candice Smith <casmith@wayfair.com> wrote:
Hi-did you meet with Emily to wrap up? Also, did you loop in the Boston team on the investigation? We should likely help Boston with this documented conversation.

---------- Forwarded message ---------
From: **Matt Witte** <mawitte@wayfair.com>
Date: Fri, Sep 13, 2019 at 5:06 AM
Subject: Emily Forsythe
To: Candice Smith <casmith@wayfair.com>


Hi Candice,

Have you concluded the investigation with Emily?

Kory is having some issues with Emily's performance and communication. We would like to document the conversation officially.

Would you be the right person to get on a call with us?

Matt
--
Candice Smith
Wayfair
Cell - 801.636.6642



--
**WITTE EXHIBIT 4**

WAYFAIR_000577

**TREVOR SHAFFER-FIGUEROA**
Senior Manager – Talent Management

**WAYFAIR**
Wayfair LLC – Perris Building 2
3300 Indian Ave.
Perris, CA 92571
United States
P: 951-449-7253 | M: 904-704-1913
tshafferfigueroa@wayfair.com



Joss&Main    **ALLMODERN**    BIRCH LANE

PERIGOLD    wayfair PROFESSIONAL

Sign up for Wayfair news, updates, and more here
Follow Us @wayfairatwork



--
Candice Smith
Wayfair
Cell - 801.636.6642