**Exhibit 30**

Message

| | |
|---|---|
| **From**: | Matt Witte [mawitte@wayfair.com] |
| **Sent**: | 9/18/2019 9:49:06 AM |
| **To**: | cstark@wayfair.com |
| **Subject**: | Fwd: Emily |

Begin forwarded message:

> **From:** Candice Smith <casmith@wayfair.com>
> **Date:** September 18, 2019 at 5:24:45 AM EDT
> **To:** Matt Witte <mawitte@wayfair.com>
> **Subject: Emily**
>
> Hi - we'll need to pause on anything with her since she just filed a retaliation complaint with us last night. We can talk more about this in the morning. Also, would you forward the documentation to me?
>
> --
> Candice Smith
> Wayfair
> Cell - 801.636.6642

**WITTE EXHIBIT 5**