# Exhibit 32

Message

| | |
|---|---|
| **From:** | Kory McKnight [kmcknight1@wayfair.com] |
| **Sent:** | 9/19/2019 1:28:38 PM |
| **To:** | tshafferfigueroa@wayfair.com |
| **Subject:** | Fwd: Conversation 9/17 |

Thanks,

Kory McKnight, PMP
Director - MHE Design and Implementation
Wayfair.com
m: 815.520.2625

Sent from my iPhone

Begin forwarded message:

> **From:** "e.forsythe" <emily.a.forsythe@gmail.com>
> **Date:** September 17, 2019 at 2:59:15 PM EDT
> **To:** kmcknight1@wayfair.com, Matt Witte <mawitte@wayfair.com>
> **Subject: Conversation 9/17**
>
> Hi Kory,
>
> Wanted to recap the conversation we just had.
>
> I had reached out to you this morning after you had called Kelly to make changes to the Lathrop sorter schedule and set up a time to walk with Jeff, leaving me out of both conversations.
>
> I had sent you a text message asking if we could talk in person stating I had real issues with you going behind my back with my projects and team. We had talked last week about you including me when you went directly to my team. You had said last week that you would include me when you were talking directly with my team about project work. You did not include me on either of these correspondences with Kelly or Jeff.
>
> We sat down in Erlanger today around 2pm and the conversation started with you stating that I needed to understand that you would go directly vendors to get information. You also stated that we agreed on our phone conversation last week that you would go directly to our vendors. I agreed that this was correct and that I agreed you should be able to go to vendors without including me as thats your role as team leader.
>
> I stated I agree that I dont need to be involved when you talk to vendors but I do need to be informed and kept in the loop with you are making changes and having conversations with people that report directly to me. I gave the example of my going directly to Chris Stark for when I needed things and cutting you out completely.
>
> I then went on to say I needed you to include me when you directly reach out to my team as you are making decisions that are important to the project work but are not

**MCKNIGHT EXHIBIT 1**

Confidential                                                                                                        WAYFAIR_001265

including me. We had agreed that you would cc me and include me when you needed stuff and would be engaging my team directly. I mentioned that I should not be finding out about you moving schedules for installs from Kelly and at the minimum, you could have set up a meeting to discuss with you, me and Kelly. You said you dont agree with this and that you need to reach out to Kelly as she was responding to a phone conversation you had with her last week. I said you are again leaving me out of conversations you're having with my team and its creating confusion. You are cutting me out of the information chain and making decisions that impact my projects.

You changed the subject at this point in the conversation and started to say that you got involved because I wanted to withhold information from Lathrop and that I didnt want to send them install schedules. You said you have real issues with me withholding information. I said its not that I wanted to withhold information from the team (as I had sent an email with high level information that was appropriate to the conversation) but that the site doesn't have any leadership right now and its not helpful to ask ops (without any Wayfair experience) to make decisions. I said you cant just send that team schedules without reviewing it in depth with them as they are all new.

You then stated if I had told Vic (Arrons' boss) that the site is without leadership and that I needed to escalate that concern to Vic. To which I responded that I have never talked to Vic and why would I throw Arron under the bus like that. Its not good chain of command to do that without talking to Arron first. I stated that Arron is out on paternity leave and will be back soon but its difficult right now with that ops team since they are all new and havent done a system install before.

I then stated you were changing the subject that that this conversation was about how I needed you to not cut me out of my team. I stated that if you wanted to talk about issues you have with me an my performance we can.

You went on to state that I have had a lot off issues with other people and that you have a lot of feedback that I am hard to work with. You stated you have been getting a ton of feedback on how bad my performance is. You went on to state that you had asked me to mend things with Francis and that I didnt do that (this is not the case and Francis and I have a good working relationship). You stated that you dont think I am a good fit for the team and that you dont find it easy to work with me. You continued to say that you dont think its a good fit and that you have already talked to Matt about getting HR involved and getting me off the team.

At this point in the conversation, I said ok and left the room.

Thanks,

Emily