# Exhibit 35

**Message**

| | |
|---|---|
| **From**: | e.forsythe [emily.a.forsythe@gmail.com] |
| **Sent**: | 9/17/2019 10:58:19 PM |
| **To**: | Trevor Shaffer-Figueroa [tshafferfigueroa@wayfair.com]; casmith@wayfair.com |
| **Subject**: | Concern |

Hi Trevor,

Thanks for talking yesterday. Wanted to bring something to your attention that I have concerns around.

I recently made a complaint regarding Michael McDole harassing me via email and sexually harassing me over a period of a few months. I complained that there were three instances of his touching me on my legs and chest. All three were unwanted, unwelcome and made me feel extremely uncomfortable. I understand that the investigation concluded per our conversation yesterday.

Today, my new manager, Kory McKnight, told me that he has already talked to Matt and HR about "getting me off his team". I have been on Kory's team less than 3 weeks. It isn't even official in OrgBrowser. I have met with Kory one time in person. As Kory is aware of my complaint to HR and the allegations I made against Michael McDole, I feel that I am being retaliated against due to my complaint of harassment and sexual harassment.

Is there any way to can look into this?

You will see this email 2x as I am going to send it from my work and personal email.

Thanks,

Emily

EXHIBIT 0003