# Exhibit 37

# BRITTANEY SKAGGS INTERVIEW QUESTIONS AND RESPONSES

| | Name | Brittaney Skaggs |
|---|---|---|
| | Role in Investigation | Witness (Tone Accusation) |
| | Date and Time of Interview | Sept. 3, 2019 |
| | Contact Method | Google Meet |
| 1 | Can you tell me a little about what you've observed of how Emily Forsythe and Mike McDole communicate with each other? | It's pretty clear there is tension.  BS moved to IE in feb and noticed that emily and mike did not "get along".  BS has managed to work with both and get along with both - considers both "friends". |
| 2 | Emily stated you once made a comment to her about mike having a crush on her.  Do you recall that | "Yes, it was a joke". |
| 3 | Can you elaborate | They argue like an "old married couple".  I was kidding around with emily |
| 4 | Have you ever witnessed or do you have knowledge of any inappropriate behavior between them? | No.  BS only ever seen them in the same place at the same time once.  Believe they grew up in the same town and based on the tension BS wondered if they ever "dated or something" in the past, but never saw anything inappropriate from either of them toward the other (or toward anyone else). |
| 5 | What are your thoughts on the tension?  Does one seem more responsible than the other to you? | "No". BS states she hears it from "both sides" when they are not getting along and finds both parties to be equally to blame.  Neither appears to try to get along with the other.  BS states she considers Emily to be a "micromanager" and feels that "rubbed mike the wrong way". |
| 6 | Anything related to this issue or any others that you wish to share or discuss | "no". |
| 7 | You said you've never seen them together in the same place at the same time - so you've never been in a meeting with just the two of them? | |
| 8 | Did you ever see either of them refuse to leave a meeting when the two began to disagree or argue with one another | |