# Exhibit 38

# JIM LOWE INTERVIEW
## QUESTIONS AND RESPONSES

|   | Name | Jim Lowe |
|---|---|---|
|   | Role in Investigation | Witness (Tone Accusation) |
|   | Date and Time of Interview | Sept. 5, 2019 |
|   | Contact Method | In Person - CA3 Conference Room |
| 1 | Can you tell me a little about what you've observed of how Emily Forsythe and Mike McDole communicate with each other? | There is clear animosity between the two, but JL has "no clue where it started". The tension is obvious, but can't really define who initiates it. Mike has stated in the past that he doesn't want her coming to his building but that he understands she has to be here when projects dictate it. JL remembers a few months ago a hearing mike say "oh, great, emily is coming" in a very sarcastic tone. JL als heard Emily comment that "Ops can't dictate changes" to her projects when voicing disgreement with project changes Mike asked to be made |
| 2 | Emily stated you once made a comment to her about mike having a crush on her. Do you recall that |  |
| 3 | Can you elaborate |  |
| 4 | Have you ever witnessed or do you have knowledge of any inappropriate behavior between them? | No. I've never seen the two of them together |
| 5 | What are your thoughts on the tension? Does one seem more responsible than the other to you? | "I have no idea" |
| 6 | Anything related to this issue or any others that you wish to share or discuss | "no, just that I know Emily used to interact with the previous site director a lot more, but doesn't with mike"- out of sequence 7-8 preceeded this question. TSF follow up question - Do you know why that is? "No" |
| 7 | You said you've never seen them together in the same place at the same time - so you've never been in a meeting with just the two of them? | "no" |
| 8 | Did you ever see either of them refuse to leave a meeting when the two began to disagree or argue with one another | "no" |