# Exhibit 39

|  |  | Name | Michael McDole |
|---|---|---|---|
|  |  | Role in Investigation | Accused |
|  |  | Date and Time of Interview | Sept. 5, 2019 |
|  |  | Contact Method | Phone |
| 9 | Can you tell me a little about your interactions with Emily Forsythe? | | "I'm assuming this has to do with me asking her not to visit this building"? *TSF Responds - "partially".* MM states the two used to work together at Amazon. She recruited MM to work on her team in IE, but after a few months MM states he wanted to move off of her team due to micromanaging from Emily. |
| 10 | Had you had issues with her being a micro manager at Amazon? | | Not to the extend that MM experienced it at Wayfair. But MM was unhappy on her team so MM eventually asked to interview for a position with Ops. When MM was not selected for the L5 position in Perris, applied for an L4 lateral move for Lathrop (new site). Ended up getting the job and xferred in april off the IE team. TSF Note - when site leader opening at CA3 was available MM placed in role as L4 stretch to L5 assignment |
| 11 | So you moved off of her team, what have your interactions been like since then? | | She continues to be somewhat difficult. She doesn't always answer questions or provide details and information that a site leader should have related to pojects her team is working on. |
| 12 | What sort of projects? | | IE projects, like racking moves - the mezzanine |
| 13 | Would it be unusual for a site leader to ask for the information / updates you're asking for? | | Not really. Especially if the site leader has a background in IE |
| 14 | Do you recall any instances of being alone with Emily, either while in Boston or here in Perris | | Both. We've had meetings together, sometimes with others, sometimes one on one. |

| | | |
|---|---|---|
| 15 | Do you ever recall any meetings in Boston or here in Perris where you may have brushed against Emily or come in physical contact with her during or after meetings? | "no" |
| 16 | Do you ever recall any occasions where your leg may have come in contact with hers while the two of you were together? | "no" |
| 17 | Is it possible your leg could have ever touched hers while the two of you were seated next to each other at any time during your employ with Wayfair | "Possible? I mean, I wear shorts all the time so maybe by accident but I don't remember it ever happening. I'm not sure we've ever actually sat close enough for that to happen" |
| 18 | So you've never positioned or repositioned yourself to be closer to Emily during a meeting or in a similar setting? | "Not that I can recall" |
| 19 | Have you ever shared your screen or your laptop monitor with Emily? | "Not that I can remember. I usually project anything I need to share on the monitor" TSF note - TSF clarified with MM that "monitor" refers to conference room tv/monitor |
| 20 | Do you recall during Emily's last visit to Perris having a one on one meeting with her? | MM recalls meeting with Emily at a table in the open office space of CA3 |
| 21 | Do you recall during that meeting reaching across the table and touching Emily's shirt? | "no" |
| 22 | Do you recall toucing her skin on or near her chest? | TSF note - MM shook head indicating no and exhaled indicating disbelief "is she saying I touched her?" *TSF response - I need to know if you ever made physical contact with Emily as I've described* - "Unbelievable. I can't believe she would say that. No. That never happened" |

| | | |
|---|---|---|
| 23 | Have you ever had any physical contact with Emily that she indicted was unwanted, either by saying so or pulling away from you? | "no" |
| 24 | I know the two of you worked together previously, did you ever have any kind of relationship with Emily beyond the professional? | "no" |
| 25 | Has she ever flirted with you or given you any indication she was interested in anything beyond a professional relationship? | "No, but I might not know if she did. I'm sort of bad at that kind of thing". |
| 26 | Did you ever hang out with Emily outside of work? | For drinks.  We went for a walk when she was here once.  But nothing weird or unusual. |
| 27 | Who asked whom out for drinks? | "I think she did.  When we were in boston.  I think I asked her to go for a walk" |
| 28 | Did anything unusual or unprofessional transpire either time? | "no" |
| 29 | Dou you recall ever asking Emily if she had a boyfriend or significant other? | "no" |
| 30 | Do you recall ever discussing dating apps with Emily? | "no" |
| 31 | Is there anything we've discussed you have questions about or anything you want to share that I didn't ask you about? | MM states he has "nothing to hide".  MM also states he had convo with Recruiter Stella (Karadimis).  Stella told MM Emily contacted her trying to get MM's relocation money "taken back" because he didn't move fast enough. |
| 32 | When did this happen | MM unsure of when convo happened between Emily and Stella but MM was told by Stella. |