# Exhibit 40

| | | Name | Stella Karadimas |
|---|---|---|---|
| | | Role in Investigation | Witness (Retaliation accusation made by the accused) |
| | | Date and Time of Interview | Sept. 5, 2019 |
| | | Contact Method | Phone |
| 33 | Do you recall a converation between yourself and Emily Forsythe regarding the relo money allocated to Mike McDole? | | "yes". Emily reached out and said she wanted to speak. So SK contacted my manager and asked how I should handle it. My manager said SK should set up a call with Emily |
| 34 | Why would you contact your manager when a stakeholder asked to speak to you? | | "Emily is a notoriously difficult stakeholder" |
| 35 | Can you explaing what you mean by "difficult"? | | She has a tenency to be argumentative and loud. |
| 36 | Did she argue with you or get loud with you? | | "no". She was asking if we could recall or reclaim Mike McDole's relo money because he hadn't moved yet. SK explained that Mike had not violated any of the terms of his relocation agreement and Emily said thank you and that was pretty much yet. |
| 37 | Have you ever, at Wayfair or anywhere else, had a stakeholder request clawback of relocation for a departing, xfer associate? | | "No. I thought it was pretty strange" Emily further stated she had "other issues" with Mike, but did not elaborate with SK. SK states she told Emily an concerns with an ee should be directed to Talent Management |