# Exhibit 41

|  |  | Name | Korey McKnight |
|---|---|---|---|
|  |  | Role in Investigation | Second Accused (After Recap) |
|  |  | Date and Time of Interview | Sept. 19, 2019 |
|  |  | Contact Method | Phone |
| 38 |  | Can you talk to me about your most recent 1:1 with Emily | "To be honest it was terrible". Emily was defensive, argumentative and ended up "storming out" of the office |
| 39 |  | Did you tell Emily that you had been in touch with HR and were working to get her off of your team? | "absolutely not" KM told Emily that the two should speak to HR because "this wasn't working" TSF Note - KM explains that the "this" he referred to was their working relationship was not working as Emily was being rude and unprofessional. KM further explains he couldn't continue the conversation as Emily ended the meeting. KM states "trevor, I have never dealt with someone so difficult and so rude. There's just no reason for it". |