# Exhibit 42

Message

**From**: Emily Forsythe [eforsythe@wayfair.com]
**Sent**: 3/14/2019 4:44:02 PM
**To**: Genaro Bugarin [gbugarin@wayfair.com]; Matt Witte [mawitte@wayfair.com]
**Subject**: Transition Updates

Matt/Genaro,

Genaro and I just got off the phone.

Wanted to recap about Mike McDole transitioning to ops sooner for an April 1st start date. I have not spoken to Mike about this and will do so after I have Matt's blessing (now that Genaro and I set a date).

To ensure that Genaro will have PM coverage, the plan is as follows:

Lancaster: Projects will fall under me for now (may change if we shuffle IE a bit). I will be in Lancaster next week to take these projects over from Mike.
Perris 2: Racking, Smalls and Mezz will stay under Mike (may transition as well)
Lathrop: New site launch will stay under Mike

Mike is going to knock it out of the park in Lathrop and it makes sense to get him in that building sooner than later.

Thanks,
Emily