# Exhibit 43

Message

| | |
|---|---|
| **From:** | Matt Witte [mawitte@wayfair.com] |
| **Sent:** | 8/4/2019 10:30:52 PM |
| **To:** | Emily Forsythe [eforsythe@wayfair.com] |
| **Subject:** | Re: Bulk Rack Inspection for Perris 2 |

I'll do it Monday. I tried to talk to him and vise versa but we didn't connect.

On Aug 4, 2019, at 6:03 PM, Emily Forsythe <eforsythe@wayfair.com> wrote:

> Matt,
>
> Is there anything you can do on this to calm him down?
> We have responded to him that the racking is only 50% done. Jim is doing a great job keeping Mike in the loop.
> Mike needs to relax.
>
> Did you get a chance to talk to him a few weeks ago about working through Jim and not pushing/bullying?
>
> Emily
>
> On Sun, Aug 4, 2019 at 1:36 AM Michael McDole <mmcdole@wayfair.com> wrote:
>> PMO Team -
>>
>> Does anyone have detail on the Date of Inspection for the new Bulk Rack? I've asked a few times and have yet to get an answer on this. I believe it was originally scheduled for July 26th, but has not yet happened.
>>
>> May I please get an update so that I can plan accordingly?
>>
>> - Bin Locations Created - Complete
>> - Product Staged for Putaway - Complete
>> - Drivers Trained - Complete
>> - Inspection Performed - Unknown
>>
>> Regards,
>>
>>
>> MICHAEL MCDOLE
>> Site Director
>>
>> WAYFAIR LLC
>> CA3 - Perris 2
>> 3300 Indian Ave
>> Perris, CA 92571
>> M: (214) 789-3718
>> mmcdole@wayfair.com



WAYFAIR_000409