# Exhibit 44

| | |
|---|---|
| **Message** | |
| **From:** | Emily Forsythe [eforsythe@wayfair.com] |
| **Sent:** | 9/4/2019 9:04:08 PM |
| **To:** | Trevor Shaffer-Figueroa [tshafferfigueroa@wayfair.com] |
| **Subject:** | Re: Incident Clarification |

Hi Trevor,

No was was around us.

Thanks,

Emily

On Wed, Sep 4, 2019 at 5:03 PM Trevor Shaffer-Figueroa <tshafferfigueroa@wayfair.com> wrote:
> Hi Emily,
>
> Thank you for providing this additional detail. Please also let me know if anyone may have witnessed this incident so that I can connect with them as well.
>
> For the follow up I promised you for today, I have changed my schedule to be in Perris tomorrow. I have one conversation to have before I meet with Mike. If you need anything at all, please don't hesitate to reach out here, on Slack or via my cell (904-704-1913).
>
> -T
>
> On Wed, Sep 4, 2019 at 1:03 PM Emily Forsythe <eforsythe@wayfair.com> wrote:
>> Hi Trevor,
>>
>> Just wanted to clarify something I was too awkward/unconformable to talk about on the phone with you.
>>
>> With regard to the 7/22/19 incident we chatted about, Mike touched me right on my chest, in between by boobs. It was very unwelcome and unwanted. It was a lingering touch and made me extremely uncomfortable.
>>
>>
>>
>> Emily
>
>
> --
> **TREVOR SHAFFER-FIGUEROA**
> Senior Manager - Talent Management
>
> **WAYFAIR**
> Wayfair LLC - Perris Building 2
> 3300 Indian Ave.
> Perris, CA 92571
> United States
> P: 951-449-7253 | M: 904-704-1913
> tshafferfigueroa@wayfair.com



Confidential  WAYFAIR_000526

Joss&Main    ALLMODERN    BIRCH LANE

PERIGOLD    wayfair PROFESSIONAL

Sign up for Wayfair news, updates, and more here
Follow Us @wayfairatwork



Confidential   WAYFAIR_000527