# Exhibit 45

Message

| | |
|---|---|
| **From:** | Trevor Shaffer-Figueroa [tshafferfigueroa@wayfair.com] |
| **Sent:** | 9/19/2019 11:13:26 PM |
| **To:** | Trevor Shaffer-Figueroa [tshafferfigueroa@wayfair.com] |
| **Subject:** | Forsythe - Emily Notes |

Asked to talk in person - has been purposefully cutting me out of conversations with my team and changing things w/out letting me know.

Hey Kory I understand you need to go to suppliers but can you at least cc me if you need to talk to a member of my team. I need to be aware of stuff ("absolutely that makes sense")

5:45a

Tuesday a person on team said Kory was emailing and calling asking for information - sat down and talked, only second time ever talked. Please include me when you talk to my team. ("i have right to talk to suppliers"). Pivots - bad feedback and am doing a terrible job. Everyone saying she's difficult to talk to / work with. I've talked to Matt and HR about getting you off of my team.

Emailed him once since to see if he would make an interview that was scheduled - no issue. Team came and said Kory is leaving you off the threads. He's cutting me out because he's concerned about complaint about mike.

TSF Does he know mike - i'm not sure.

"People in Kentucky" - 4 - feedback from 2.

leaving out of postponing an "install" in Lathrop. Working directly with Kelly on the schedule. Having different follow up emails with Andrew. Cutting me out of everything on purpose.

Did not address the relationship or corrected an issue with a member of another team - refused to send schedules to Lathrop. You're not a team player. Said needed to control info because site doesn't have site leader. "Misrepresenting me". Could not say how was misrepresented.

Told he's kicking me off his team. First time I met Kory if stock price lowered anymore he'd have to leave wayfair - need to look for another job. already lost $100,000.

How is discussing that you have communication challenges or issues retlation? - "I'm not sure".

Have you ever received feedback from others or kory about relationships - yes, be extra communicative, build relationships, over-communicate, put out consistent information.

Never gotten feedback about being difficult to work with.

Stated on one ever got back to her regarding her tuesday 9-17 email - TSF stated "I did that yesterday when I set up this call". No reply from Emily.

-T

--

**TREVOR SHAFFER-FIGUEROA**
Senior Manager – Talent Management

**WAYFAIR**
Wayfair LLC – Perris Building 2
3300 Indian Ave.
Perris, CA 92571
United States
P: 951-449-7253 | M: 904-704-1913
tshafferfigueroa@wayfair.com



Joss&Main    ALLMODERN    BIRCH LANE

PERIGOLD    wayfair PROFESSIONAL

Sign up for Wayfair news, updates, and more here
Follow Us @wayfairatwork

  

Confidential