# Exhibit 46

**From Matt Witte**

While I always recognized Emily as hard charging, I thought the majority of stakeholders were OK with her.  During the onboarding process with Kory there have been many challenging interactions.  I polled my other senior leaders (Brian, Melissa, and Victor) to get their perspective.

I spoke with Emily last Thursday - September 12th telling her that she has to work through Kory and the processes.  He will communicate as needed through all levels (Internal and External) to gather the required information to do his job.

Emily asked me at the time if she could look internally for other roles.  She also told me that she was interviewing externally with 4 companies.  I asked who she was interviewing with and she would not tell me.  I told her that I really want to help get her in the right role, or help her in the right role and the call ended well.

During the call, I stated that while we ultimately aren't in a great place on schedules based on processes, long range planning, and other items it is our job to provide the best information to the operations possible at the time.  This is one of those areas that needs high collaboration and trust with our partner and customer to drive success.

Confidential
WAYFAIR_001301