# Exhibit 47

Message
---

**From:** Emily Forsythe [eforsythe@wayfair.com]
**Sent:** 9/23/2019 5:01:46 PM
**To:** Trevor Shaffer-Figueroa [tshafferfigueroa@wayfair.com]; reg@kilgorelaw.com
**Subject:** Fwd: Question
**Attachments:** scan0006.pdf


Hi Trevor,
I am unable to attend the meeting you requested as I am represented by counsel now. See the attachment for additional information. Please have Wayfair counsel contact Mr. Goodman directly.

Regards,

Emily


---------- Forwarded message ----------

Robert E. Goodman, Jr.

Attorney


reg@kilgorelaw.com

214.379.0823 Direct

214.379.0840 Fax

214.801.4861  Cell

kilgorelaw.com



Kilgore & Kilgore PLLC

**3109 Carlisle Street**

**Dallas TX 75204**-1194

Visit the MADI Museum at the Kilgore Law Center at geometricmadimuseum.org