# Exhibit 48

# Working at Wayfair: An Employee Guide

Version date: July 2018



Confidential    WAYFAIR_001364