# Exhibit 49

on Wayfair.

Any employee who believes he or she has been subjected to any form of unlawful discrimination or other violation of this policy is encouraged and expected to notify Talent Management immediately.

## II. PERSONAL CONDUCT

### General Rules of Conduct

All Wayfair employees must treat everyone in a professional manner - that is, with respect, integrity, courtesy and a cooperative attitude. Wayfair is a service firm and prospers based upon our customer service and quality — it is the job of every Wayfair employee to further these basic principles.

Employees must:
- Truthfully respond to all job-related inquiries
- Be honest in all business relationships
- Report regularly to work at your scheduled starting time and put in a full day's work
- Alert your manager or supervisor at least 1 hour before your scheduled start time, if you must be absent. You are responsible for knowing the phone numbers and contact information for people whom you may need to contact
- Request any planned time off work 3 weeks in advance, dependent upon manager approval, consistent with the requirements of applicable law

### Policy against Sexual Harassment and Other Workplace Harassment

**Purpose**

Wayfair believes in respecting the dignity of every employee and expects every employee to show respect for all our colleagues, clients, associates, and vendors. Respectful, professional conduct furthers Wayfair's mission, promotes productivity, minimizes disputes, and enhances our reputation. Accordingly, this policy forbids any unwelcome conduct that is based on an individual's race, color, religion, sex, gender (which includes gender identity or expression, transgender identity, pregnancy, childbirth or related medical condition, and gender stereotyping), national origin, age, disability, ancestry, medical condition, marital status, military or veteran status, citizenship status, sexual orientation, genetic information, or any other protected status of an individual or that individual's associates or relatives. Wayfair is thus committed to providing a work environment that is free of unlawful discrimination, including harassment that is based on any legally protected status. Wayfair will take all necessary steps to ensure a culture that promotes an environment free of discrimination. Wayfair will not tolerate any form of harassment that violates this policy.

**Coverage**

This policy forbids any employee, manager, supervisor, officer, director, vendor, client, or agent of the Company to harass any Wayfair employee, applicant, or contractor.

**Prohibited Conduct**

Confidential                                                                                    WAYFAIR_001369

The conduct prohibited by this policy, whether verbal, physical, or visual, includes any discriminatory employment action and any unwelcome conduct that is inflicted on someone because of that individual's protected status. Among the types of unwelcome conduct prohibited by this policy are epithets, slurs, negative stereotyping, intimidating acts and the circulation or posting of written or graphic materials that show hostility toward individuals because of their protected status. Also prohibited are invasions of another person's personal space, commenting on someone's looks, dress, sexuality or gender in derogatory or objectifying manner or a manner that makes them uncomfortable. Pursing or flirting with another person persistently without the other person's willing participation is also strictly prohibited. Wayfair prohibits that conduct in the workplace, even if the conduct is not sufficiently severe or pervasive to constitute unlawful harassment.

**Sexual Harassment**

Sexual harassment is a problem that deserves special mention. Harassing conduct based on gender often is sexual in nature but sometimes is not. For example, making jokes about somebody's gender is still harassing even when it is not sexual in nature. This policy forbids harassment based on gender regardless of whether the offensive conduct is sexual in nature. Any unwelcome conduct based on gender is also forbidden by this policy regardless of whether the individual engaged in harassment and the individual being harassed are of the same or are of different genders.

According to the U.S. Equal Employment Opportunity Commission ("EEOC"), unwelcome sexual advances, requests for sexual favors, and other verbal, physical or visual conduct based on sex constitute unlawful sexual harassment when (1) submission to such conduct becomes an implicit or explicit term or condition of employment, (2) submission to or rejection of the conduct is used as the basis for any employment decision, or (3) the conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

This policy forbids harassment based on gender regardless of whether it rises to the level of a legal violation. Examples of gender-based harassment forbidden by this policy include (1) offensive sex-oriented verbal kidding, teasing or jokes; (2) repeated unwanted sexual flirtations, advances or propositions; (3) verbal abuse of a sexual nature; (4) graphic or degrading comments about an individual's appearance or sexual activity; (5) offensive visual conduct, including leering, making sexual gestures, the display of offensive sexually suggestive objects or pictures, cartoons or posters; (6) unwelcome pressure for sexual activity; (7) offensively suggestive or obscene letters, notes or invitations; (8) offensive physical contact such as patting, grabbing, pinching, or brushing against another's body; or (9) sexual favoritism.

**Sexual Favoritism**

This policy also forbids sexual favoritism in the making of any employment decision. Sexual favoritism occurs whenever a supervisor or manager makes a decision based upon an employee's receptiveness to sexual advances. Wayfair prohibits that conduct even if it is isolated in nature and not sufficiently widespread to create an issue of unlawful conduct.

**Employee Responsibility**

Everyone at Wayfair can help assure that our workplace is free from prohibited discrimination or harassment. Any employee who witnesses discrimination or harassment has an obligation to report it to

Confidential                                                                                                              WAYFAIR_001370

their manager or a member of Talent Management.

**Avoiding Prohibited Conduct**

Everyone is expected to avoid any behavior or conduct that could reasonably be interpreted as prohibited harassment; no employees, not even the highest ranking individuals at Wayfair, are exempt from the requirements of this policy. Every employee is expected to inform any person in the workplace whose conduct the employee finds unwelcome.

**Reporting Prohibited Conduct**

Any manager or supervisor who is aware of conduct inconsistent with this policy or who receives a report of conduct inconsistent with this policy is to report it immediately Talent Management. Employees may also report conduct inconsistent with this policy directly to a manager.

**Reporting Procedures**

If you feel you have experienced or witnessed any conduct that is inconsistent with this policy, you are to immediately notify Talent Management or any member of the Management team. This is the individual who is authorized by this policy to receive and act upon complaints of harassment on behalf of Wayfair. This policy does not require reporting harassment to any individual who is creating the harassment.

**Wayfair Response**

All reports describing conduct that is inconsistent with this policy will be investigated promptly. Wayfair may put certain interim measures in place, such as a leave of absence or a transfer, while the investigation proceeds. Wayfair will take further appropriate action once the report has been thoroughly investigated. That action may be a conclusion that a violation occurred, as explained immediately below. Wayfair might also conclude, depending on the circumstances, either that no violation of policy occurred or that Wayfair cannot conclude whether or not a violation occurred.

If an investigation reveals that a violation of this policy or other inappropriate conduct has occurred, then Wayfair will take disciplinary action. Disciplinary actions can range from an informal discussion with the employee about the matter to immediate discharge. Action taken by management in an individual case does not establish a precedent in other circumstances.

, including discipline up to and including dismissal, as is appropriate under the circumstances, regardless of the job positions of the parties involved. Wayfair may discipline an employee for any inappropriate conduct discovered in investigating reports made under this policy, regardless of whether the conduct amounts to a violation of law or even a violation of this policy. If the person who engaged in harassment is not employed by Wayfair, then Wayfair will take whatever corrective action is reasonable and appropriate under the circumstances. Corrective actions can range from an informal discussion with the employee about the matter to immediate discharge. Action taken by management in an individual case does not establish a precedent in other circumstances.

**Policy Against Retaliation**

Wayfair forbids that any employee treats any other employee or former employee or applicant adversely

for reporting harassment, for assisting another employee or applicant in making a report, for cooperating in a harassment investigation, or for filing an administrative claim with the EEOC or a state governmental agency. All employees who experience or witness any conduct they believe to be retaliatory should immediately follow the reporting procedures stated above.

**Confidentiality**

In investigating and in imposing any discipline, Wayfair will attempt to preserve confidentiality to the extent that the needs of the situation permit.

**Acceptance of Policy**

All Wayfair employees have a personal responsibility to conduct themselves in compliance with this policy and to report any observations of conduct inconsistent with this policy. If you have any questions concerning this policy, then please contact Talent Management.

**Questions**

If an employee has any questions, they should contact their supervisor or a member of the Talent Management team on site.

## Substance Abuse Policy

**Alcohol and Drugs**

Wayfair has a vital interest in maintaining a safe, healthful and efficient working environment for its employees, and in protecting Wayfair Property, equipment and operations. Being under the influence of a Controlled Substance, alcohol or Illegal Drug on the job poses serious safety and health risks, not only to the user, but also to all those who work with the user, and may adversely affect the quality of our products and services. Therefore, the possession, use or sale of a Controlled Substance, alcohol, or Illegal Drug while working, operating Wayfair vehicles, machinery, or equipment, present on Company premises, or present in any other location performing work for Wayfair, is strictly prohibited.

This policy does not prohibit employees from the lawful possession and use of prescribed medications. Employees have the responsibility to consult with their doctors and other licensed health care professionals about the effect of prescribed medications on their ability to perform their specific job duties in a safe manner, and to promptly disclose any work restrictions to their supervisors or Talent Management. Employees should not, however, disclose underlying medical conditions, impairments, or disabilities, to their supervisors unless specifically directed to do so by their doctors or other licensed health care professionals.

In an effort to curtail the use of Controlled Substances, alcohol and Illegal Drugs, and as a part of its ongoing efforts to maintain a drug-free workplace, Wayfair will periodically conduct testing of employees, consistent with the requirements of applicable law. Wayfair will conduct Random Testing (where permissible under applicable law), as well as testing based on circumstances giving rise to reasonable suspicion of the use of illegal drugs or alcohol (Reasonable Suspicion), or after the occurrence of any accident (Post-Accident) on Wayfair Property involving a Wayfair employee or that involves a Wayfair