UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Emily Forsythe

    Plaintiff

    v.                                        CIVIL ACTION 1:20-10002-RGS

Wayfair, LLC

    Defendant

## JUDGMENT

STEARNS, D.J.

In accordance with the court's Memorandum and Order issued on January 12, 2021, granting defendant's Motion for Summary Judgment, it is hereby ORDERED:

Judgment entered for Wayfair, LLC.

|  |  |
|---|---|
| January 12, 2021 | By the court, |
| Date | /s/ Arnold Pacho |
|  | Deputy Clerk |