UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                         )
EMILY FORSYTHE,                          )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        Civil Action No. 1:20-cv-10002
                                         )
WAYFAIR, LLC                             )
                                         )
        Defendant.                       )
_____)

## DEFENDANT'S ITEMIZED BILL OF COSTS

| Deposition Date | Amount | Category | Expense |
|---|---|---|---|
| 7/13/2020 | $1,522.00 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | Charge for Deposition Transcript of Emily Forsythe[1] |
| 7/21/2020 | $542.25 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | Charge for Deposition Transcript of Kory McKnight[2] |
| 7/21/2020 | $957.40 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | Charge for Deposition Transcript of Matthew Witte[3] |
| 7/22/2020 | $677.70 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | Charge for Deposition Transcript of Michael McDole[4] |

[1] Invoice attached hereto as Exhibit A.
[2] Invoice attached hereto as Exhibit B.
[3] *Id.*
[4] Invoice attached hereto as Exhibit C.

| 7/27/2020 | $914.20 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | Charge for Deposition Transcript of Trevor Shaffer-Figueroa[5] |
|---|---|---|---|
| 8/31/2020 | $779.00 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | Charge for Deposition Transcript of Brittaney Skaggs[6] |
| 8/31/2020 | $350.00 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | Charge for Deposition Transcript of Jim Lowe[7] |
| 9/2/2020 | $914.00 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | Charge for Deposition Transcript of Candice Smith[8] |
| **TOTAL** | **$6,656.55** | | |

I affirm under the penalties for perjury that the foregoing Bill of Costs is true and accurate, the services were actually and necessarily performed, and disbursements were necessarily incurred in the action.

Dated: January 22, 2021

Respectfully submitted,

WAYFAIR, LLC

By its attorney,

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman (BBO No. 642017)
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Fax:             (617) 946-4801
lkappelman@seyfarth.com

---

[5] Invoice attached hereto as Exhibit D.
[6] Invoice attached hereto as Exhibit E.
[7] Invoice attached hereto as Exhibit F.
[8] Invoice attached hereto as Exhibit G.

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 22, 2021, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman

# Exhibit A

## Veritext Corp.
## Northeast Region

101 Arch Street, Suite 230
Boston MA 02110
Tel. 800-727-6396 Fax.
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Lynn Kappelman Esq<br>Seyfarth Shaw LLP<br>2 Seaport Lane<br>Suite 300<br>Boston, MA, 02210 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NE4449604<br>7/27/2020<br>$1,522.00 |

| | | | |
|---|---|---|---|
| **Case:** | Emily Forsythe v. Wayfair | **Billing No.:** | KY20K2024495-A |
| **Job #:** | 4166059 \| Job Date: 7/13/2020 \| Delivery: Normal | **Client Matter #:** | 074233-001170 |
| **Case #:** | 1:20cv10002 | | |
| **Billing Atty:** | Lynn Kappelman Esq | | |
| **Location:** | Remote Proceeding - MA | | |
| | Virtual Zoom<br>Boston, MA 02110 | | |
| **Sched Atty:** | Lynn Kappelman Esq \| Seyfarth Shaw LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Emily Forsythe | Original with 1 Certified Transcript | Page | 324.00 | $4.00 | $1,296.00 |
| | Attendance Fee | 1 | 3.00 | $50.00 | $150.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $48.00 | $48.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | | $1,522.00 |
| | **Payment:** | | $0.00 |
| | **Credit:** | | $0.00 |
| | **Interest:** | | $0.00 |
| | **Balance Due:** | | $1,522.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **NE4449604** |
| **Job #:** | **4166059** |
| **Invoice Date:** | **7/27/2020** |
| **Balance:** | **$1,522.00** |

9264

Exhibit B

**Veritext, LLC**
**Texas Region**

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Emily Miller | **Invoice #:** | TX4464877 |
| | Seyfarth Shaw LLP | **Invoice Date:** | 8/6/2020 |
| | 2 Seaport Lane | **Balance Due:** | $1,499.65 |
| | Suite 300 | | |
| | Boston, MA, 02210 | | |

| | |
|---|---|
| **Case:** | Emily Forsythe v. Wayfair |
| **Job #:** | 4184620 \| Job Date: 7/21/2020 \| Delivery: Normal |
| **Case #:** | 1:20cv10002 |
| **Billing Atty:** | Emily Miller |
| **Location:** | Remote - Zoom |
| | |
| | Boston, MA 02101 |
| **Sched Atty:** | Robert E. Goodman Jr. \| Kilgore & Kilgore |

| Witness | Description | Amount |
|---|---|---|
| Kory McKnight | Certified Transcript | $542.25 |
| Matthew Witte | Certified Transcript | $957.40 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $1,499.65 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,499.65 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

9264

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **TX4464877** |
| **Job #:** | **4184620** |
| **Invoice Date:** | **8/6/2020** |
| **Balance:** | **$1,499.65** |

Exhibit C

## Veritext, LLC
## Texas Region

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569



| **Bill To:** | Emily Miller | | |
| --- | --- | --- | --- |
| | Seyfarth Shaw LLP | | |
| | 2 Seaport Lane | | |
| | Suite 300 | | |
| | Boston, MA, 02210 | | |

| | |
| --- | --- |
| **Invoice #:** | TX4467183 |
| **Invoice Date:** | 8/7/2020 |
| **Balance Due:** | $677.70 |

| | |
| --- | --- |
| **Case:** | Emily Forsythe v. Wayfair |
| **Job #:** | 4184653 \| Job Date: 7/22/2020 \| Delivery: Normal |
| **Case #:** | 1:20cv10002 |
| **Billing Atty:** | Emily Miller |
| **Location:** | Remote - Zoom |
| | |
| | Boston, MA 02101 |
| **Sched Atty:** | Robert E. Goodman Jr. \| Kilgore & Kilgore |

| Witness | Description | Amount |
| --- | --- | --- |
| Michael  McDole | Certified Transcript | $677.70 |

| **Notes:** | | |
| --- | --- | --- |
| | **Invoice Total:** | $677.70 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $677.70 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
| --- | --- |
| **Invoice #:** | **TX4467183** |
| **Job #:** | **4184653** |
| **Invoice Date:** | **8/7/2020** |
| **Balance:** | **$677.70** |

9264

# Exhibit D

## Veritext, LLC
## Texas Region

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569



| Bill To: | Lynn Kappelman Esq | | |
|---|---|---|---|
| | Seyfarth Shaw LLP | **Invoice #:** | TX4515874 |
| | 2 Seaport Lane | **Invoice Date:** | 9/3/2020 |
| | Suite 300 | **Balance Due:** | $914.20 |
| | Boston, MA, 02210 | | |

| | |
|---|---|
| **Case:** | Forsythe, Emily v. Wayfair, LLC |
| **Job #:** | 4195485 \| Job Date: 7/27/2020 \| Delivery: Normal |
| **Case #:** | 1:20cv10002 |
| **Billing Atty:** | Lynn Kappelman Esq |
| **Location:** | Remote Depo |
| | Boston, MA 02210 |
| **Sched Atty:** | Robert E. Goodman Jr. \| Kilgore & Kilgore |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Trevor Shaffer-Figueroa | Certified Transcript | Page | 217.00 | $3.60 | $781.20 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Administration Fee | | 1.00 | $62.00 | $62.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $25.00 | $25.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $914.20 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $914.20 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **TX4515874** |
|---|---|
| **Job #:** | **4195485** |
| **Invoice Date:** | **9/3/2020** |
| **Balance:** | **$914.20** |

9264

Exhibit E



# INVOICE

P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P:(844) 359-1173 F: 267.775.3310

**Invoice No:** 147347

**Invoice Date:**09/21/2020

**Payment Terms:**Net 30

**BILL TO:**
Lynn Kappleman
Seyfarth Shaw LLP - Boston
Two Seaport Lane
Boston, Massachusetts  2210
United States

**Case Name:**Emily Forsythe v. Wayfair, LLC
**Witness:** Brittaney Skaggs
**Event Date:** 08/31/2020
**Location:** LegalView - All parties appearing remotely

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Video Testimony | 105 | $472.50 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| LegalView Connectivity Fee | 1 | $195.00 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191          1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement.

To pay this invoice by credit card, visit
https://www.lexitaslegal.com/bill-pay
and enter job #2020-89775

| | |
|---|---|
| Total Due | $779.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $779.00 |

# Exhibit F



# INVOICE

P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P:(844) 359-1173 F: 267.775.3310

**Invoice No:** 147348

**Invoice Date:**09/21/2020

**Payment Terms:**Net 30

**BILL TO:**
Lynn Kappleman
Seyfarth Shaw LLP - Boston
Two Seaport Lane
Boston, Massachusetts  2210
United States

**Case Name:**Emily Forsythe v. Wayfair, LLC
**Witness:** Jim Lowe
**Event Date:** 08/31/2020
**Location:** LegalView - All parties appearing remotely

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Video Testimony | 53 | $238.50 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191          1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement.

To pay this invoice by credit card, visit
https://www.lexitaslegal.com/bill-pay
and enter job #2020-89775

| | |
|---|---|
| Total Due | $350.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $350.00 |

# Exhibit G



# INVOICE

P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P:(844) 359-1173 F: 267.775.3310

**Invoice No:** 147351

**Invoice Date:**09/21/2020

**Payment Terms:**Net 30

**BILL TO:**
Emily Miller
Seyfarth Shaw LLP - Boston
Two Seaport Lane
Boston, Massachusetts  2210
United States

**Case Name:**Emily Forsythe v. Wayfair, LLC
**Witness:** Candice Smith
**Event Date:** 09/02/2020
**Location:** LegalView - All parties appearing remotely

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Video Testimony | 135 | $607.50 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| LegalView Connectivity Fee | 1 | $195.00 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191          1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement.

To pay this invoice by credit card, visit
https://www.lexitaslegal.com/bill-pay
and enter job #2020-89776

| | |
|---|---|
| Total Due | $914.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $914.00 |