IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EMILY FORSYTHE | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 1:20-cv-10002 |
| | § | |
| WAYFAIR, LLC | § | |
| | § | |
| Defendant | § | |

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Emily Forsythe, appeals to the United States Court of Appeals for the First Circuit from:

1. The Memorandum and Order of the District Court, entered January 12, 2021, granting summary judgment to the defendant, Wayfair, LLC.

2. The Judgment entered by the District Court on January 12, 2021, dismissing the plaintiff's claims against the defendant, Wayfair, LLC.

February 1, 2021

        Respectfully submitted,

        /s/ Jonathan J. Margolis
        Jonathan J. Margolis
        BBO# 319980
        jmargolis@theemploymentlawyers.com
        Powers, Jodoin, Margolis & Mantell LLP
        111 Devonshire Street
        Boston, MA 02109
        (617) 742-7010 ext. 203
        (617) 742-7225 (fax)

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
BBO # 549175
Texas State BarNo. 08158100
reg@kilgorelaw.com
Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, Texas 75204
214-379-0823
214-379-0840 (telecopy)

COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the ECF system, will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) this 1st day of February 2021.

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.